1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

10  UNITED STATES OF AMERICA, *et al.*,

11      Plaintiffs,                         Case No. 3:73-cv-00003-LDG
                                            In Equity A-3
12  v.
                                            **ORDER**
13  THE ORR WATER DITCH CO.,, *et al*.,

14      Defendants.

15

16      For good cause shown,

17

18      THE COURT **ORDERS** that Truckee-Carson Irrigation District's Motion for Partial

19  Reconsideration of the Court Order of September 17, 2009 (#1027) is DENIED;

20      THE COURT FURTHER **ORDERS** that Truckee-Carson Irrigation District's Motion to

21  Submit Names and Addresses of Water Right Owners in the Newlands Reclamation

22  Project to the Court *In Camera* and Under Seal (#1034) is DENIED;

23      THE COURT FURTHER **ORDERS** that Truckee-Carson Irrigation District SHALL

24  immediately and promptly, and not later than two days after this Order is Entered, comply

25  with the Court's September 17, 2009, Order, and shall provide to the United States the

26

1   names and mailing addresses of all owners of water rights in the Newlands Reclamation

2   Project in a form that can be used by the Moving Parties to serve the requisite notices.

3

4   DATED this _21_ day of October, 2009.

5

6                                                    Lloyd D. George
                                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2