1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9

10   UNITED STATES OF AMERICA,

11        Plaintiff,                                    Case No. 3:73-cv-00003-LDG

12   v.                                                 **ORDER**

13   THE ORR WATER DITCH CO., *et al.*,

14        Defendants.

15

16        Previously, this court required the Moving Parties[1] to serve all potential owners of

17   Orr Ditch decreed water rights with a notice of their Motion to Amend the Orr Ditch Final

18   Decree.  In conjunction with that notice, the court provided water right owners with an

19   opportunity to appear and participate in this matter.  The response of water right owners

20   has been significant.  At present, more than 900 parties have returned Notices of

21   Appearance.

22
23
24        [1]   The Moving Parties now include the United States, the State of California
25   acting by and through the California Department of Water Resources and the California
     State Water Resources Control Board, the State of Nevada, the Truckee Meadows Water
26   Authority, the Washoe County Water Conservation District, the Pyramid Lake Paiute Tribe,
     and the City of Fernley, Nevada.

1    While some of these water right owners are represented by counsel, more than 800
2    are not.  As a result, in considering the management of this matter, the Court has identified
3    a need for an effective and efficient method for the Court, as well as the parties, to serve
4    documents on those water right owners who are <u>not</u> represented by counsel.

5    At present, a cost-effective system is already in place for the Court to serve
6    documents on those water right owners who are represented by counsel.  This existing
7    procedure is the Court's CM/ECF (Case Management/Electronic Case Filing) system,
8    which counsel in the District of Nevada are required to use.  When the Court enters an
9    Order, or when a party files a document, the CM/ECF system automatically creates an
10   electronic notice of the filing and then sends that notice, by e-mail, to the parties who
11   participate in the CM/ECF system.  The notice created by the CM/ECF system includes a
12   link to an electronic copy of the filed document.  This allows those persons who receive the
13   notice to easily and quickly retrieve an electronic copy of the filed document.  The Federal
14   Rules recognize this electronic transmission of the notice, including the link allowing
15   retrieval of the electronic copy of the document, as an appropriate method of service.  *See*,
16   Federal Rules of Civil Procedure 5(b)(2)(E) and 5(b)(3).  Since the CM/ECF system delivers
17   documents electronically, no costs are incurred in copying or mailing documents to those
18   persons registered to use the CM/ECF system.

19   At present, however, the use of the CM/ECF system is limited to lawyers
20   representing a party.  As such, service of a document upon someone who is not
21   represented by a lawyer must be accomplished by some other appropriate means.  Of
22   those remaining means, service by mail is among the most cost-effective and is the method
23   typically used by the Court to serve parties who are representing themselves.  While the
24   cost of copying and mailing a document is not significant when only a few parties must be
25   served, the cumulative cost can become quite significant when numerous persons must be
26   served.  As noted previously, more than 800 water right owners have filed Notices of

2

1   Appearance but are not represented by counsel.  As a result, the postage costs to serve a

2   document could exceed $350 any time the Court, or any party, is required to serve a

3   person by first class mail.

4        While the Court is concerned with the costs to the judiciary, of greater concern is that

5   the cost of serving documents by mail might impede the participation of all parties to this

6   matter, particularly those water right owners who are not represented by counsel.  With this

7   in mind, the Court has considered procedures by which water right owners may file a

8   document in this matter without also incurring the cost of mailing a copy of that document to

9   every other water right owner.  The Court has determined that this can be appropriately

10  accomplished by allowing <u>all</u> water right owners to participate as receiving users in the

11  CM/ECF system for purposes of the Motion to Amend the Decree.  This will allow the

12  electronic delivery, to all water right owners, of all documents filed in this matter.

13       Accordingly, the Court invites all water right owners who are not represented by

14  counsel to register for the electronic delivery of documents from the Court's CM/ECF

15  system for the Orr Water Ditch Litigation.

16

17       **<u>For those persons electing to receive electronic delivery of documents</u>**:

18       Please complete and return, not later than Friday, July 23, 2010, the attached

19  **Notice Regarding Means for Service**, being sure to also complete the **Registration for**

20  **Electronic Delivery of Documents – Orr Water Ditch Litigation**.  Mail the Notice to the

21  following address:

22       U.S. District Court Clerk
         Attn: A-3 Notice Clerk
23       Bruce R. Thompson U.S. Courthouse
         400 S. Virginia St. #301
24       Reno, NV 89501

25       After you register to receive electronic delivery of documents, the Court's CM/ECF

26  system will send you a notice, by e-mail, each time a document is filed in this matter.  This

3

1   e-mail will be sent to you within moments after the document is filed.  Further, the e-mail

2   will include a link to an electronic copy of the filed document, allowing you to retrieve a copy

3   of the filed document.

4          Your participation in the CM/ECF system will be limited to the pending Motion to

5   Amend the Orr Ditch Final Decree.  That is, you will only receive delivery of electronic

6   notices and documents that are relevant to the pending Motion to Amend.  When the

7   Motion to Amend the Orr Ditch Final Decree is finally decided, you will no longer receive

8   notices from the CM/ECF system.

9          The court would note that registration to participate in the CM/ECF system requires

10  that you provide the Clerk of the Court with both a valid e-mail address and a telephone

11  number.  The e-mail address you provide will be the address to which the CM/ECF system

12  will send electronic notices.  The telephone number will be used exclusively for the purpose

13  of allowing court employees to contact you during business hours to resolve any issues that

14  might arise regarding the delivery of an e-mail.  You may wish to create and use an e-mail

15  address solely to receive documents from the court's CM/ECF system.

16

17          **For those persons who elect to NOT receive electronic delivery of documents**:

18          To assist the Court in ensuring that all water right owners continue to receive

19  notices, the Court would ask that you complete and return the **Notice Regarding Means**

20  **for Service** not later than Friday, July 23, 2010.  You do not need to complete the

21  Registration for Electronic Delivery portion of the form.  Please mail the **Notice** to:

22          U.S. District Court Clerk
            Attn: A-3 Notice Clerk
23          Bruce R. Thompson U.S. Courthouse
            400 S. Virginia St. #301
24          Reno, NV 89501

25          You will continue to receive notices by mail.  However, in order to limit the costs of

26  service and to promote the participation of all parties, the court will be establishing a

4

1  procedure to limit the number of notices and documents that will be mailed to you.  Under

2  this procedure, you will not receive a separate notice each time a document is filed.

3  Rather, on a periodic basis, you will receive a notice identifying all recently filed documents.

4  Of necessity, the mailed notice cannot include copies of the documents that have been

5  filed, but will instead indicate the location where you can review copies of the filed

6  documents.

7

8  IT IS SO ORDERED.

9

10  DATED this _____ day of July, 2010.

11

12  _____

13  Lloyd D. George

    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

In Equity A-3: USA v. Orr Water Ditch Company

## <u>Notice Regarding Means for Service</u>

Please indicate how you will receive service in this matter.  You may select only one method.

□ I will register for electronic delivery of documents.
□ I will continue to receive service by mail.

Name: _____

Signature: _____ Date: _____

Complete the following ONLY IF you are registering for electronic delivery of documents.

**Registration for Electronic Delivery of Documents - Orr Ditch Litigation**

By completing the following registration form, you are consenting to receiving the electronic delivery of documents pursuant to the Federal Rules of Civil Procedure via the Court's electronic filing system.  This consent is limited to documents filed relevant to the Motion to Amend or Modify the Orr Ditch Final Decree, and does NOT extend to service of a complaint and summons.  This consent *does* include electronic notice of any order or judgment.  You are also agreeing to abide by the requirements stated herein.

Name: _____

Phone number: _____

E-mail Address: _____

Confirm E-mail Address: _____

The CM/ECF system follows and must be used in conjunction with the Federal Rules of Civil and Criminal Procedure, the Local Rules, and any administrative orders and policies of the United States District Court for the District of Nevada.

□ **I accept the above rules and guidelines.  (If you do not check this box, you will not be registered to receive electronic delivery of documents.)**