1
2

ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

3
4

Attorney for Garry D. Stone, Water Master

5

**UNITED STATES DISTRICT COURT**

6

**FOR THE DISTRICT OF NEVADA**

7
8

\* \* \* \* \*

9

The United States of America,       )

10

Plaintiff,       )

11

ORR WATER DITCH COMPANY, et al.   )

12

Defendant.       )

13

**STIPULATION AND ORDER
REGARDING PLANNING FOR
IMPLEMENTATION OF
TRUCKEE RIVER OPERATING
AGREEMENT**

14

    1.    The parties to this Stipulation, United States, Pyramid Lake Paiute Tribe, State

15

of Nevada, and Truckee Meadows Water Authority (the "Parties"), negotiated the operating

16

agreement (hereinafter the "Truckee River Operating Agreement") called for by Section 205 of

17

the Truckee-Carson-Pyramid Lake Water Rights Settlement Act, title II of P.L. 101-618 (104

18

Stat. 3289,3294) (1990) ("Settlement Act") in which the Congress of the United States directed

19

the United States Secretary of the Interior ("Secretary") to negotiate an operating agreement

20

with the States of Nevada and California to set forth the manner in which federally owned

21

Truckee River Reservoirs would be operated in the future, including for the purposes stated in

22

Section 204(a)(2) of the Settlement Act.  The Truckee River Operating Agreement ("TROA")

23

was executed by the Secretary, the States of California and Nevada, and others on September 6,

24

2008, and was submitted to the Court for any necessary amendments to the Orr Ditch Decree

25

on November 17, 2008.

26
27
28



2.    In February 1996, and in each consecutive year since, a "Stipulation and Order Regarding Planning for Implementation of TROA" has been entered into by the Parties herein, and approved by the Court.   These annual Stipulations have provided a budget for TROA Implementation Planning to develop, test and prepare for administration of the Truckee River Operating Agreement.   The last Court order covered the time period ending September 30, 2009.

3.    In addition, these annual Stipulations have designated that a TROA Implementation Coordinator, of the Federal Water Master's Office, coordinates development and planning of the TROA administration procedures.   The Federal Water Master determined that the TROA Implementation Coordinator would need to establish a separate office with a separate budget within the Federal Water Master's Office to effectively perform these duties, which are separate and apart from the Federal Water Master's responsibilities under the Orr Ditch Decree.   The Parties now stipulate that the TROA Implementation Coordinator should continue with this planning effort.

4.    Until such time as the Court acts on amendments to the Orr Ditch Decree necessary to implement TROA, the Parties desire to continue implementation planning to ensure that the necessary accounting, reporting and other operating aspects of the TROA are in place should the Court take such action and orders it into effect and implementation.   The budget included herein presents funding which, if necessary, would continue this effort through September 30, 2016, and if favorable action is taken before that time, will be used for implementation of TROA.

5.    California is not a party to this action, and it must follow applicable California law with respect to this matter.

6.    On May 13, 2002, the Desert Terminal Lakes Program was enacted under Public Law 107-171. This legislation authorized funding to the United States Bureau of Reclamation

-2-

("USBR") "to provide water to at-risk natural desert terminal lakes." In 2007, ONE MILLION DOLLARS ($1,000,000.00) of Desert Terminal Lakes Program funding was obligated to the Federal Water Master for the period October 1, 2007 through September 30, 2012 to assist the Implementation Coordinator with specific projects and expenses of the TROA Implementation Planning effort. In 2009, an additional ONE MILLION DOLLARS ($1,000,000.00) was allocated to the Federal Water Master under the Desert Terminal Lakes Program to continue the planning effort. The Parties agree that the funding allocated in 2009 should be used for the planning effort, including: (1) additions to the existing United States Geological Survey ("USGS") gauge network, (2) additions of real-time telemetry and improvement of gauging accuracy of important diversions currently monitored by the Federal Water Master, (3) continued development and maintenance of RiverWare models for water accounting and operations, (4) completion of two reservoir evaporation studies, and (5) TROA Implementation Planning operating costs for the two (2) year period October 1, 2009 through September 30, 2011. (*See* Exhibit "A").

7.   In 2010, an additional FIVE MILLION NINE HUNDRED THOUSAND DOLLARS ($5,900,000.00) of funding from the Desert Terminal Lakes Program is to be allocated to the Federal Water Master with respect to implementation of the Truckee River Operating Agreement and related matters. The Parties agree that FOUR MILLION FOUR HUNDRED THOUSAND DOLLARS ($4,400,000.00) of the funding allocated in 2010 should be used for the continuation of TROA Implementation Planning until such time as the Court acts on amendments to the Orr Ditch Decree necessary to implement TROA, up to an additional five (5) year period, if necessary, and if favorable action is taken before that time, to be used for actual implementation of TROA. (*See* Exhibit "B").

8.   The Parties agree that ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00) of the funding allocated in 2010 should be used to fund the first

year of TROA Administration should the Court authorize implementation of the Truckee River Operating Agreement. The Parties request that these funds be set aside by the Federal Water Master in a special account, and to be used only for costs associated with the first year of TROA Administration commencing with the Court approval of the proposed action and the full implementation of the Truckee River Operating Agreement. (*See* Exhibit "C").

NOW, THEREFORE, the Parties to this Stipulation agree as follows:

1.    Upon the payment by the USBR from the funds available in the Desert Terminal Lakes Program of ONE MILLION DOLLARS ($1,000,000.00), such amount shall be used by the Federal Water Master's Office and the TROA Implementation Planning office as outlined in the attached budget (*see* Exhibit "A"). The other ONE MILLION DOLLARS ($1,000,000.00) described in the budget was previously funded under the Desert Terminal Lakes Program.

2.    The Parties and TROA Implementation Coordinator have identified areas of preparation necessary for effective TROA implementation, which will require a new, more technically demanding river and reservoir decision support system. In this regard, the Parties intend to create a budget for additional planning, until such time as the Court acts on amendments to the Orr Ditch Decree necessary to implement TROA, up to a period from October 1, 2011 to September 30, 2016, if such is necessary to continue implementation planning effort to ensure that water accounting and other operating aspects of the Truckee River Operating Agreement will be in place at such time as TROA enters into effect and is implemented, and if favorable action is taken before that time, to be used for actual implementation of TROA. The budget for such planning is attached hereto as Exhibit "B." Preparations include continued development of RiverWare computer models for water accounting and operations, additional reservoir evaporation studies, costs associated with establishing the TROA Administration Office with necessary staff and related benefits,

-4-

establishing necessary office space and equipment, securing necessary professional, audit and legal services, and other related overhead expenses of such an office.

3.    Upon payment by the USBR from the funds available in the Desert Terminal Lakes Program of FOUR MILLION FOUR HUNDRED THOUSAND DOLLARS ($4,400,000.00.), such amount shall be used as outlined in the attached budget (*see* Exhibit "B"), and as further described in paragraph 2 immediately above.

4.    The USBR and the State of Nevada have identified additional studies and services for effective TROA implementation.  Upon payment by the USBR from the funds available in the Desert Terminal Lakes Program, and in addition to the above amounts, the sum of ONE MILLION THREE HUNDRED SIXTY-THREE THOUSAND DOLLARS ($1,363,000.00), and upon payment by the State of Nevada the sum of FORTY THOUSAND DOLLARS ($40,000.00) to the Federal Water Master, the Federal Water Master and the Implementation Coordinator shall be responsible to pay fees approved by USBR and the State of Nevada for those additional studies and services. (*See* Exhibit "D").

5.    The Federal Water Master shall be directed to establish a separate and distinct bank account for TROA Implementation Planning.  All monies collected for TROA Implementation Planning pursuant to the order of this Court should be deposited by the Federal Water Master into this account, and revenues collected in connection with establishment of this account shall be used solely for the purpose of TROA Implementation Planning and administration as authorized by this Stipulation.

6.    The Federal Water Master shall be directed to establish a separate and distinct bank account known as the TROA Administration Account. Upon payment by the USBR from funds available in the Desert Terminal Lakes Program, of the amount of ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00) to the Federal Water Master, the Federal Water Master shall immediately set aside such funds in the TROA Administration

Account, and monies collected in connection with this account shall be used only for the purpose of costs associated with the first year of TROA Administration commencing with the Court approval and full implementation of the proposed Truckee River Operating Agreement.

7. The payments provided for in this Stipulation are contingent upon the availability of funds through the USBR and the State of Nevada.

8. The payments from the USBR and the State of Nevada shall be made to the Federal Water Master's Office on a timely basis upon receipt of invoice.

9. The TROA Implementation Coordinator will not take direction from the Federal Water Master, and the Federal Water Master will not be responsible for any implementation planning or the cost and expenses thereof, except that the Federal Water Master shall have custody of the funds provided for in this Stipulation and for disbursement in accordance with the budget.

10. The participation by the Federal Water Master's Office and the staff of that office in implementation planning for the Truckee River Operating Agreement is not, and shall not be construed as, approval or endorsement of any changes to the Orr Ditch Decree or of any other matter which may be required to implement the proposed Truckee River Operating Agreement.

11. The approval by the Court of this Stipulation is not, and shall not be construed as, approval or endorsement of any changes to the Orr Ditch Decree or of any other matter which may be required to implement the proposed Truckee River Operating Agreement.

12. This Stipulation shall not enter into effect unless and until it is approved by the Court.

13. The Water Master's Office and the TROA Implementation Coordinator shall use the funds appropriated hereunder to complete the necessary projects for effective TROA implementation as provided in this Stipulation, and the Federal Water Master and TROA

1 | Implementation Coordinator will be required to file an audit of these funds with the Court on an

2 | annual basis on or before January 15 of each year, beginning in the year 2011. Any and all

3 | funds remaining after the fiscal year ending September 30, 2016 shall continue to be held by

4 | the Federal Water Master's Office in their designated accounts, and used for and applied to

5 | subsequent TROA planning, if any, and TROA implementation and administration costs.

6 |      DATED this ____ day of August, 2010.

7 |

8 | STATE OF NEVADA           TRUCKEE    MEADOWS    WATER AUTHORITY

9 |

10 | By: _____

11 | Its: _____        By: _____
Its: _____

12 | Approved as to Form and Content:
CATHERINE CORTEZ MASTO    Approved as to Form and Content:

13 | Attorney General                GORDON H. DePAOLI
State of Nevada                 DALE E. FERGUSON

14 | 100 North Carson Street        Woodburn and Wedge
Carson City, Nevada 89701-4717   6100 Neil Road, Suite 500

15 |                              Reno, Nevada 89511

16 |

17 |                              By: _____

18 |

19 | JOHN HOFFMAN          PYRAMID LAKE PAIUTE TRIBE
Special Counsel

20 | Hoffman and Test
429 West Plumb Lane

21 | P.O. Box 187                 By: _____
Reno, Nevada 89504         Its: _____

22 |

23 |                            Approved as to Form and Content:
DON SPRINGMEYER

24 | By: _____     Wolf, Rifkin, Shapiro,
Schulman & Rabkin, LLP

25 |                            3556 East Russell Road., 2nd Floor
UNITED STATES OF AMERICA   Las Vegas, Nevada 89120

26 |

27 |

28 | By: _____     By: _____
Its: _____

-7-

1  Implementation Coordinator will be required to file an audit of these funds with the Court on an

2  annual basis on or before January 15 of each year, beginning in the year 2011.  Any and all

3  funds remaining after the fiscal year ending September 30, 2016 shall continue to be held by

4  the Federal Water Master's Office in their designated accounts, and used for and applied to

5  subsequent TROA planning, if any, and TROA implementation and administration costs.

6
7        DATED this _____ day of August, 2010.

8  STATE OF NEVADA                          TRUCKEE     MEADOWS     WATER
                                            AUTHORITY
9
10  By: _____
11  Its: __Acting Director  DCNR__           By: _____
                                            Its: _____
12  Approved as to Form and Content:
    CATHERINE CORTEZ MASTO                  Approved as to Form and Content:
13  Attorney General                        GORDON H. DePAOLI
    State of Nevada                         DALE E. FERGUSON
14  100 North Carson Street                 Woodburn and Wedge
    Carson City, Nevada 89701-4717          6100 Neil Road, Suite 500
15                                          Reno, Nevada 89511
16
17
                                            By: _____
18
19  JOHN HOFFMAN                            PYRAMID LAKE PAIUTE TRIBE
    Special Counsel
20  Hoffman and Test
    429 West Plumb Lane
21  P.O. Box 187                            By: _____
    Reno, Nevada 89504                      Its: _____
22
23                                          Approved as to Form and Content:
                                            DON SPRINGMEYER
24  By: _____               Wolf, Rifkin, Shapiro,
                                            Schulman & Rabkin, LLP
25                                          3556 East Russell Road., 2nd Floor
    UNITED STATES OF AMERICA                Las Vegas, Nevada 89120
26
27
28  By: _____               By: _____
    Its: _____

                               -7-

1    Implementation Coordinator will be required to file an audit of these funds with the Court on an

2    annual basis on or before January 15 of each year, beginning in the year 2011. Any and all

3    funds remaining after the fiscal year ending September 30, 2016 shall continue to be held by

4    the Federal Water Master's Office in their designated accounts, and used for and applied to

5    subsequent TROA planning, if any, and TROA implementation and administration costs.

6          DATED this _18th_ day of August, 2010.

7

8    STATE OF NEVADA                 TRUCKEE       MEADOWS       WATER
                                        AUTHORITY

9

10    By: _____

11    Its: _____       By: _Mark Force_

                                   Its: _GENERAL MANAGER_

12    Approved as to Form and Content:
      CATHERINE CORTEZ MASTO          Approved as to Form and Content:

13    Attorney General                      GORDON H. DePAOLI
      State of Nevada                       DALE E. FERGUSON

14    100 North Carson Street               Woodburn and Wedge
      Carson City, Nevada 89701-4717     6100 Neil Road, Suite 500

15                                      Reno, Nevada 89511

16

17                                    By: _Gordon K. DePaoli_

18

19    JOHN HOFFMAN                 PYRAMID LAKE PAIUTE TRIBE
      Special Counsel

20    Hoffman and Test
      429 West Plumb Lane

21    P.O. Box 187                       By: _____
      Reno, Nevada 89504            Its: _____

22

23                                    Approved as to Form and Content:
                                   DON SPRINGMEYER

24    By: _____      Wolf, Rifkin, Shapiro,
                                   Schulman & Rabkin, LLP

25                                    3556 East Russell Road., 2nd Floor
      UNITED STATES OF AMERICA    Las Vegas, Nevada 89120

26

27

28    By: _Fred R. Disheroon_             By: _____
      Its: _Attorney_

1

2   Approved as to Form and Content:
    FRED DISHEROON
3   Special Litigation Counsel
    U.S. Department of Justice
4   Environmental/Natural Resources Division
    P.O. Box 7397 / Ben Franklin Station
5   Washington, D.C.  20044-7397

6

7   By: _____

8

9       IT IS SO ORDERED.

10          DATED this _15_ day of ___Sept___, 2010.

11

12          _____
13          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                        -8-

# EXHIBIT "A"

Budget for TROA Implementation Planning & Policy Preparation
Stipulation for Interim Budget Funding by the members of the
Truckee River Operating Agreement (TROA) Administrative Committee

Statement of Budgeted Revenues, Expenses & Retained Earnings for the 2-Year Period
October 1, 2009 through September 30, 2011

|  | 2-Year BUDGET Oct-09 - Sep-11 |
|---|---|
| ** Budgeted Operating Revenue | |
| Revenue -- Administrative Agreement for TROA Implementation | |
| Planning under P.L. 107-171 Desert Terminal Lakes Program | |
| U.S. Bureau of Reclamation | $2,000,000 |
| | |
| TOTAL BUDGETED OPERATING REVENUE | $2,000,000 |
| | |
| ** Budgeted Operating Expenses | |
| Computer License & Online Services | $13,200 |
| Payroll Taxes | $46,195 |
| Professional, Legal & Audit Fees | $58,700 |
| Rent, Supplies & Overhead | $40,787 |
| Reservoir Evaporation Studies | $244,566 |
| RiverWare Modeling & Technical Consulting Support | $450,000 |
| Stream Gaging & Telemetry Data Retrieval | $102,400 |
| Travel & Conference | $26,000 |
| TROA Policy Preparation Salaries & Benefits | $1,009,860 |
| | |
| TOTAL BUDGETED OPERATING EXPENSES | $1,991,708 |
| | |
| Budgeted Net Income (Loss) | $8,292 |
| | |
| Budgeted Working Capital for Office & Field Equipment Acquisitions | ($8,292) |
| | |
| BUDGETED INCREASE (DECREASE) IN WORKING CAPITAL | $0 |

**Note:
A portion of these revenues ($225,320) and expenses ($225,320) were authorized and reported in the
TROA Planning Financial Statements for the periods October 1, 2007 through September 30, 2009.

# EXHIBIT "B"

Budget for TROA Implementation Planning & Policy Preparation
Stipulation for Interim Budget Funding by the members of the
Truckee River Operating Agreement (TROA) Administrative Committee

Statement of Budgeted Revenues, Expenses & Retained Earnings for the 5-Year Period
October 1, 2011 through September 30, 2016

|  | TROA Planning Budget 5-Year Period Oct-11 - Sep-16 |
|---|---|
| **Budgeted Operating Revenue** | |
| Revenue -- Administrative Agreement for TROA Implementation Planning under P.L. 107-171 Desert Terminal Lakes Program U.S. Bureau of Reclamation | $4,400,000 |
| BUDGETED TOTAL OPERATING REVENUE | $4,400,000 |
| **Budgeted Operating Expenses** | |
| Computer License & Online Services | $65,465 |
| Payroll Taxes | $152,870 |
| Professional, Legal & Audit Fees | $265,000 |
| Rent, Supplies & Overhead | $139,090 |
| RiverWare Modeling & Technical Consulting Support | $85,000 |
| Stream Gaging & Telemetry Data Retrieval | $102,035 |
| Travel & Conference | $52,500 |
| TROA Policy Preparation Salaries & Benefits | $3,493,040 |
| BUDGETED TOTAL OPERATING EXPENSES | $4,355,000 |
| **Budgeted Net Income (Loss)** | $45,000 |
| Budgeted Working Capital for Office & Field Equipment Acquisitions | ($45,000) |
| BUDGETED INCREASE (DECREASE) IN WORKING CAPITAL | $0 |

# EXHIBIT "C"

Budget for TROA Administration -- First Year Operations
Stipulation for Interim Budget Funding by the members of the
Truckee River Operating Agreement (TROA) Administrative Committee

Statement of Budgeted Revenues, Expenses & Retained Earnings for
First Year TROA Administration Operations

|  | TROA ADMINISTRATION 1st Year Operations |
|---|---|
| Budgeted Operating Revenue |  |
| Revenue -- Administrative Agreement for First Year TROA Administration under P.L. 107-171 Desert Terminal Lakes Program |  |
| U.S. Bureau of Reclamation | $1,500,000 |
|  |  |
| BUDGETED TOTAL OPERATING REVENUE | $1,500,000 |
|  |  |
|  |  |
| Budgeted Operating Expenses |  |
| Computer License & Online Services | $17,000 |
| Habitat Restoration Fund | $50,000 |
| Hearing Officer | $60,000 |
| Payroll Taxes | $45,510 |
| Professional, Legal & Audit Fees | $91,000 |
| Rent, Supplies & Overhead | $33,750 |
| RiverWare Modeling & Technical Consulting Support | $50,000 |
| Stream Gaging & Telemetry Data Retrieval | $88,540 |
| Travel & Conference | $14,500 |
| TROA Administration Salaries & Benefits | $1,046,200 |
|  |  |
| BUDGETED TOTAL OPERATING EXPENSES | $1,496,500 |
|  |  |
| Budgeted Net Income (Loss) | $3,500 |
|  |  |
| Budgeted Working Capital for Office & Field Equipment Acquisitions | ($3,500) |
|  |  |
| BUDGETED INCREASE (DECREASE) IN WORKING CAPITAL | $0 |

# EXHIBIT "D"

Budget for TROA Implementation Planning & Policy Preparation -- Additional Studies & Services
Stipulation for Interim Budget Funding by the members of the
Truckee River Operating Agreement (TROA) Administrative Committee

Additional Studies & Services under TROA Implementation Planning & Policy Preparation
Statement of Budgeted Revenues, Expenses & Retained Earnings for the Fiscal Years
October 1, 2009 through September 30, 2014

|  | FY-2010 | FY-2011 | FY-2012 | FY-2013 | FY-2014 | TOTAL |
|---|---|---|---|---|---|---|
| Budgeted Operating Revenue |  |  |  |  |  |  |
| Studies & Services Fee Income | $263,000 | $350,000 | $300,000 | $250,000 | $200,000 | $1,363,000 |
| U.S. Bureau of Reclamation | $40,000 |  |  |  |  | $40,000 |
| State of Nevada |  |  |  |  |  |  |
| BUDGETED TOTAL OPERATING REVENUE | $303,000 | $350,000 | $300,000 | $250,000 | $200,000 | $1,403,000 |
| Budgeted Operating Expenses |  |  |  |  |  |  |
| Studies & Services Expenses | $303,000 | $350,000 | $260,000 | $250,000 | $200,000 | $1,403,000 |
| BUDGETED TOTAL OPERATING EXPENSES | $303,000 | $350,000 | $300,000 | $250,000 | $200,000 | $1,403,000 |
| Budgeted Net Income (Loss) | $0 | $0 | $0 | $0 | $0 | $0 |