ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

Attorney for Garry D. Stone, Water Master

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ORR WATER DITCH COMPANY, et al.,

        Defendant.
_____/

IN EQUITY

No. A-3 LDG

**NOTICE OF THE FILING OF PETITION OF THE WATER MASTER
FOR AN ORDER APPROVING HIS GENERAL BUDGET AND CREATING
AN ASSESSMENT; APPROVING HIS SPECIAL BUDGET AND CREATING
SPECIAL ASSESSMENTS RELATIVE TO THE SUPERVISION OF THE
WATERS OF STEAMBOAT CREEK AND THE WASHOE LAKE RESERVOIR
AND FOR THE TIME OF HEARING THEREOF, AND OF THE FILING
BY THE WATER MASTER OF AN AUDITED REPORT FOR
THE FISCAL YEAR ENDING SEPTEMBER 30, 2010**

TO:   ALL INTERESTED PERSONS:

**YOU ARE HEREBY NOTIFIED** that on December 6, 2010, GARRY D. STONE, Water Master appointed herein, filed in the office of the Clerk of the above-entitled Court a petition for an order:

1.   Approving his general budget and creating an assessment in the above-entitled matter. Attached to the petition is the Water Master's estimated budget of the period from October 1, 2010, to September 30, 2011. The proposed total assessment shown in the petition is FOUR HUNDRED THIRTY-FIVE THOUSAND DOLLARS ($435,000.00), and the proposed manner of payment thereof is as provided in the Final Decree in the above entitled matter.

2. Approving his special budget and creating special assessments totaling SEVENTEEN THOUSAND FIVE HUNDRED DOLLARS ($17,500.00) to pay the costs of administration of the Water Master's office relative to the supervision of the waters of Steamboat or Galena Creek, Washoe Creek or Upper Steamboat Creek and the Washoe Lake Reservoir for the period from October 1, 2010, to September 30, 2011. Attached to the petition is the Water Master's estimated budget for the period and a special assessment.

3. Approving his audited report of his books, records and accounts, filed herein.

4. Approving the operation of the Water Master's office for the period of time ending with the fiscal year ending September 30, 2010.

5. Approving the bond of the Water Master, GARRY D. STONE.

**YOU ARE FURTHER NOTIFIED** that the hearing on the above petition and any objections therein, will be held on the Third Floor, before the Honorable LLOYD D. GEORGE, Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada 89501, on the 15th day of February, 2011, at 10:00 o'clock AM.

**YOU ARE FURTHER NOTIFIED** that any water users or interested persons may examine the aforesaid proposed budget and petition for order approving the same, and the said audited report at the office of the Clerk of the above-entitled Court at the Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada, 89501, and may, if so desired, file written objections to either or any of them.

//////////
//////////

1
2 **YOU ARE FURTHER NOTIFIED** that in the event no objections are filed
3 in this matter before February 8, 2011 at 4:00 PM       _   , at
4 the Court's discretion, an order may be entered based on the facts
5 set forth in the petition filed herein.
6     DATED this 7th day of December 07, 2010   .

Lance S. Wilson, Clerk
United States District Court

By: //s//
Deputy Clerk, Judy Harris