Richard S Starkweather, Trustee
Starkweather Family Trust
545 Toiyabe St
Reno, NV 89509
775.329.7206
email: Renorich1@gbis.com

April 6, 2011

To: Clerk, U.S. District Court, District of Nevada
400 South Virginia ST, Suite 301
Reno, NV 89501

Re: Electronic notice for:

CASE NO: 3:73-cv-00003-LDG

Case Name: United States of America V. Orr Water Ditch Company

At some point in the past I received written correspondence regarding the option to receive notice on the above case via email. I'm not sure why or how I ever got on any list to start with regarding the above case as I don't believe I have any water rights and have no interest in these notices.

I would therefore like to request that my name be removed from both the written and email notice lists for all further notices. If I determine at a later date that there is some reason that I should be receiving notice(s), I will request that I be put back on the appropriate list.

Cordially,

R Starkweather
Richard S Starkweather, Trustee
Starkweather Family Trust