Don Springmeyer, Esq.
Nev. Bar No. 1021
dspringmeyer@wrslawyers.com
Christopher W. Mixson, Esq.
Nev. Bar No. 10685
cmixson@wrslawyers.com
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3556 E. Russell Rd.
Las Vegas, NV   89120
(702) 341-5200

*Attorneys for Petitioner Pyramid Lake Paiute Tribe*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br>THE PYRAMID LAKE PAIUTE TRIBE OF INDIANS, <br><br>     Petitioner, <br><br>vs. <br><br>ORR WATER DITCH CO., et. al., <br><br>     Defendants. | **Equity A-3-LDG** <br><br> **WITHDRAWAL AND DISMISSAL OF CLAIM WITH PREJUDICE; ORDER** <br> **(Simoncini, Marc E. & Julia/Pyramid Lake Paiute Tribe)** |

Pursuant to Fed.R.Civ.P. 41, Petitioner Pyramid Lake Paiute Tribe, successor in interest to Respondents, MARC E. & JULIA SIMONCINI, hereby withdraws and dismisses with prejudice the following claim asserted in the Tribe's Petition to Declare that Certain Claimed Water Rights within the Truckee Division of the Newlands Reclamation Project Do Not Exist:

| PLPT Ref. # | Township | Range | Sec | QQ Sec | Acres | TCID No. | Name(s) |
|---|---|---|---|---|---|---|---|
| 2379 | 19 | 27 | 7 | 11 | 10.0 | 371 | Simoncini, Marc E. & Julia |

Therefore, the whole of PLPT Reference Number 2379 is hereby withdrawn and dismissed with prejudice. No other claims are dismissed and the Tribe expressly reserves all its rights to prosecute any and all other claims in the Petition.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

Dated: August 24, 2012

/s/ Don Springmeyer
Don Springmeyer, Esq.
Christopher W. Mixson, Esq.
*Attorneys for Petitioner Pyramid Lake Paiute Tribe*

**ORDER**

It is so ordered.

Dated: 27 Aug 2012

_____
UNITED STATES DISTRICT JUDGE

2