Don Springmeyer, Esq.
Nev. Bar No. 1021
dspringmeyer@wrslawyers.com
Christopher W. Mixson, Esq.
Nev. Bar No. 10685
cmixson@wrslawyers.com
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3556 E. Russell Rd.
Las Vegas, NV   89120
(702) 341-5200

*Attorneys for Petitioner Pyramid Lake Paiute Tribe*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>        Plaintiff,         )<br>         )<br>THE PYRAMID LAKE PAIUTE TRIBE         )<br>OF INDIANS,         )<br>         )<br>        Petitioner,         )<br>         )<br>vs.         )<br>         )<br>ORR WATER DITCH CO., et. al.,         )<br>         )<br>        Defendants.         )<br>_____ ) | **Equity A-3-LDG**<br><br><br><br>**PARTIAL WITHDRAWAL AND**<br>**DISMISSAL OF CLAIM WITH**<br>**PREJUDICE; ORDER**<br>**(Van Woert, Katherine B. /Pyramid**<br>**Lake Paiute Tribe)** |

Pursuant to Fed.R.Civ.P. 41, Petitioner Pyramid Lake Paiute Tribe, successor in interest to Respondent, KATHERINE B. VAN WOERT, hereby withdraws and dismisses with prejudice a portion of the following claim asserted in the Tribe's Petition to Declare that Certain Claimed Water Rights within the Truckee Division of the Newlands Reclamation Project Do Not Exist:

| PLPT Ref. # | Township | Range | Sec | QQ Sec | Acres | TCID No. | Name(s) |
|---|---|---|---|---|---|---|---|
| 2389 | 19 | 27 | 6 | 16 | 2.9 | 366 | Van Woert, Katherine B. |

Pursuant to this Withdrawal and Dismissal, a 1.61 acre portion of PLPT Reference Number 2389 is hereby withdrawn and dismissed with prejudice.

The Tribe's remaining claim is:

| PLPT Ref. # | Township | Range | Sec | QQ Sec | Acres | TCID No. | Name(s) |
|---|---|---|---|---|---|---|---|
| 2389 | 19 | 27 | 6 | 16 | 1.29 | 366 | Van Woert, Katherine B. |

No other claims are dismissed and the Tribe expressly reserves all its rights to prosecute any and all other claims in the Petition.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

Dated:  August 24, 2012

/s/ Don Springmeyer
Don Springmeyer, Esq.
Christopher W. Mixson, Esq.
*Attorneys for Petitioner Pyramid Lake Paiute Tribe*

**ORDER**

It is so ordered.

Dated: 27 Aug 2012                    _____
                                                        UNITED STATES DISTRICT JUDGE

2