Don Springmeyer, Esq.
Nev. Bar No. 1021
dspringmeyer@wrslawyers.com
Christopher W. Mixson, Esq.
Nev. Bar No. 10685
cmixson@wrslawyers.com
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3556 E. Russell Rd.
Las Vegas, NV   89120
(702) 341-5200

*Attorneys for Petitioner Pyramid Lake Paiute Tribe*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>THE PYRAMID LAKE PAIUTE TRIBE<br>OF INDIANS,<br><br>    Petitioner,<br><br>vs.<br><br>ORR WATER DITCH CO., et. al.,<br><br>    Defendants.<br>_____ | **Equity A-3-LDG**<br><br><br>**PARTIAL WITHDRAWAL AND**<br>**DISMISSAL OF CLAIM WITH**<br>**PREJUDICE; ORDER**<br>**(Craig, Michael /Pyramid Lake Paiute Tribe)** |

Pursuant to Fed.R.Civ.P. 41, Petitioner Pyramid Lake Paiute Tribe, successor in interest to Respondent, MICHAEL CRAIG, hereby withdraws and dismisses with prejudice a portion of the following claim asserted in the Tribe's Petition to Declare that Certain Claimed Water Rights within the Truckee Division of the Newlands Reclamation Project Do Not Exist:

1

| PLPT Ref. # | Township | Range | Sec | QQ Sec | Acres | TCID No. | Name(s) |
|---|---|---|---|---|---|---|---|
| 2605 | 20 | 24 | 12 | 10 | 4.6 | 1012-3-B | Craig, Michael |

Pursuant to this Withdrawal and Dismissal, a 4.1 acre portion of PLPT Reference Number 2605 is hereby withdrawn and dismissed with prejudice.

The Tribe's remaining claim is:

| PLPT Ref. # | Township | Range | Sec | QQ Sec | Acres | TCID No. | Name(s) |
|---|---|---|---|---|---|---|---|
| 2605 | 20 | 24 | 12 | 10 | 0.5 | 1012-3-B | Town of Fernley |

No other claims are dismissed and the Tribe expressly reserves all its rights to prosecute any and all other claims in the Petition.

**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**

Dated:  August 24, 2012          /s/Don Springmeyer
Don Springmeyer, Esq.
Christopher W. Mixson, Esq.
*Attorneys for Petitioner Pyramid Lake Paiute Tribe*

**ORDER**

It is so ordered.

Dated: 27 Aug 2012          _____
UNITED STATES DISTRICT JUDGE