```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

        DEC 10 2012

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1  ROGER A. BERGMANN
   State Bar No. 733
2  A Professional Corporation
   4947 W. Lakeridge Terrace Lane
3  Reno, Nevada 89509

4  Attorney for Chad Blanchard, Water Master

5

6                    UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF NEVADA

8                              * * * * *

9  THE UNITED STATES OF AMERICA,

10                 Plaintiff,
        vs.                                        IN EQUITY

11 ORR WATER DITCH COMPANY, et al.,                No. A-3 LDG

12                 Defendant.
                                    /
13      NOTICE OF THE FILING OF PETITION OF THE WATER MASTER
     FOR AN ORDER APPROVING HIS GENERAL BUDGET AND CREATING
14    AN ASSESSMENT; APPROVING HIS SPECIAL BUDGET AND CREATING
       SPECIAL ASSESSMENTS RELATIVE TO THE SUPERVISION OF THE
15     WATERS OF STEAMBOAT CREEK AND THE WASHOE LAKE RESERVOIR
      AND FOR THE TIME OF HEARING THEREOF, AND DIRECTING THE FILING
16          BY THE WATER MASTER OF AN AUDITED REPORT FOR
                THE FISCAL YEAR ENDING SEPTEMBER 30, 2012

17 TO:   ALL INTERESTED PERSONS:

18

19      YOU ARE HEREBY NOTIFIED that on  12/10/2012  , CHAD BLANCHARD,

20 Water Master appointed herein, filed in the office of the Clerk of

21 the above-entitled Court a petition for an order:

22      1.   Approving his general budget and creating an assessment

23 in the above-entitled matter. Attached to the petition is the Water

24 Master's estimated budget of the period from October 1, 2012, to

25 September 30, 2013.  The proposed total assessment shown in the

26 petition is FOUR HUNDRED FIFTY THOUSAND DOLLARS ($450,000.00), and

27 the proposed manner of payment thereof is as provided in the Final

28 Decree in the above entitled matter.

        2.   Approving his special budget and creating special

1 assessments totaling SEVENTEEN THOUSAND FIVE HUNDRED DOLLARS
2 ($17,500.00) to pay the costs of administration of the Water
3 Master's office relative to the supervision of the waters of
4 Steamboat or Galena Creek, Washoe Creek or Upper Steamboat Creek
5 and the Washoe Lake Reservoir for the period from October 1, 2012,
6 to September 30, 2013. Attached to the petition is the Water
7 Master's estimated budget for the period and a special
8 assessment.

9     3. Approving his filing of an audited report of his books,
10 records and accounts, for the fiscal year ending September 30,
11 2012, by January 15, 2013.

12     4. Approving the operation of the Water Master's office for
13 the period of time ending with the fiscal year ending September 30,
14 2012.

15     5. Approving the bond of the Water Master, CHAD BLANCARD.

16 **YOU ARE FURTHER NOTIFIED** that the hearing on the above
17 petition and any objections therein, will be held on the Third
18 Floor, before the Honorable LLOYD D. GEORGE, Federal Court
19 Building, 400 South Virginia Street, Third Floor, Reno, Nevada
20 89501, on the _11_ day of _February, 2013_, at _10:00_ o'clock _a_.m.

21 **YOU ARE FURTHER NOTIFIED** that any water users or interested
22 persons may examine the aforesaid proposed budget and petition for
23 order approving the same, and the said audited report at the office
24 of the Clerk of the above-entitled Court at the Federal Court
25 Building, 400 South Virginia Street, Third Floor, Reno, Nevada,
26 89501, and may, if so desired, file written objections to either or
27 any of them.

28

**YOU ARE FURTHER NOTIFIED** that in the event no objections are filed in this matter before __2/1/2013__, by  12:00 PM (noon)  at the Court's discretion, an order may be entered based on the facts set forth in the petition filed herein.

LANCE S. WILSON  
CLERK  
*Lance S. Wilson*  
(By) DEPUTY CLERK

12/20/2012  
DATE