Case 3:73-cv-00003-LDG   Document 1509   Filed 12/20/12   Page 1 of 3

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         DEC 10 2012

    CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

Attorney for Chad Blanchard, Water Master

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

THE UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                              IN EQUITY

ORR WATER DITCH COMPANY, et al.,      No. A-3 LDG

        Defendant.
_____/

**NOTICE OF THE FILING OF PETITION OF THE WATER MASTER FOR AN ORDER APPROVING HIS GENERAL BUDGET AND CREATING AN ASSESSMENT; APPROVING HIS SPECIAL BUDGET AND CREATING SPECIAL ASSESSMENTS RELATIVE TO THE SUPERVISION OF THE WATERS OF STEAMBOAT CREEK AND THE WASHOE LAKE RESERVOIR AND FOR THE TIME OF HEARING THEREOF, AND DIRECTING THE FILING BY THE WATER MASTER OF AN AUDITED REPORT FOR THE FISCAL YEAR ENDING SEPTEMBER 30, 2012**

TO: ALL INTERESTED PERSONS:

     YOU ARE HEREBY NOTIFIED that on __12/10/2012__, CHAD BLANCHARD, Water Master appointed herein, filed in the office of the Clerk of the above-entitled Court a petition for an order:

     1.   Approving his general budget and creating an assessment in the above-entitled matter. Attached to the petition is the Water Master's estimated budget of the period from October 1, 2012, to September 30, 2013. The proposed total assessment shown in the petition is FOUR HUNDRED FIFTY THOUSAND DOLLARS ($450,000.00), and the proposed manner of payment thereof is as provided in the Final Decree in the above entitled matter.

     2.   Approving his special budget and creating special

1  assessments totaling SEVENTEEN THOUSAND FIVE HUNDRED DOLLARS
2  ($17,500.00) to pay the costs of administration of the Water
3  Master's office relative to the supervision of the waters of
4  Steamboat or Galena Creek, Washoe Creek or Upper Steamboat Creek
5  and the Washoe Lake Reservoir for the period from October 1, 2012,
6  to September 30, 2013. Attached to the petition is the Water
7  Master's estimated budget for the period and a special
8  assessment.

9      3. Approving his filing of an audited report of his books,
10 records and accounts, for the fiscal year ending September 30,
11 2012, by January 15, 2013.

12     4. Approving the operation of the Water Master's office for
13 the period of time ending with the fiscal year ending September 30,
14 2012.

15     5. Approving the bond of the Water Master, CHAD BLANCARD.

16 **YOU ARE FURTHER NOTIFIED** that the hearing on the above
17 petition and any objections therein, will be held on the Third
18 Floor, before the Honorable LLOYD D. GEORGE, Federal Court
19 Building, 400 South Virginia Street, Third Floor, Reno, Nevada
20 89501, on the __11__ day of __February, 2013__, at __10:00__ o'clock _a_.m.

21 **YOU ARE FURTHER NOTIFIED** that any water users or interested
22 persons may examine the aforesaid proposed budget and petition for
23 order approving the same, and the said audited report at the office
24 of the Clerk of the above-entitled Court at the Federal Court
25 Building, 400 South Virginia Street, Third Floor, Reno, Nevada,
26 89501, and may, if so desired, file written objections to either or
27 any of them.

28

**YOU ARE FURTHER NOTIFIED** that in the event no objections are filed in this matter before __2/1/2013__, by __12:00 PM (noon)__ at the Court's discretion, an order may be entered based on the facts set forth in the petition filed herein.

LANCE S. WILSON          12/20/2012
CLERK                    DATE

*Lance S. Wilson*
(By) DEPUTY CLERK