Valarie L Furtado
Current Address:
426 E Eaton Ave
Tracy, CA 95376

✓                                       DATE 1/8/13

Clerk, U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. SO. – Rm 1334
Las Vegas, NV 89101

To Whom it May Concern:

Please remove me Valarie L Furtado, 2100 Tree Line Rd, Fallon, NV 89406 from the electronic mailing list or postal mail list from any further correspondence related to:

The United States of America vs. Orr Water Ditch Company - CASE# 3:73-cv-00003-LDG.

I have enclosed the last documents that were forwarded to me by US Postal Mail to my new address which may hold additional information for this Letter of Request.

If anything further is needed, please contact me personally at the current address listed above or by phone 209-830-1323.

Sincerely,

*Valarie Furtado*

Valarie L. Furtado

ORDER

IT IS SO ORDERED.

DATED this ___ day of January, 2013.

_____
Lloyd D. George
Sr. U.S. District Judge

**Order Plus Utilities**

3:73-cv-00003-LDG IN EQUITY A-3 : UNITED STATES OF AMERICA V. ORR WATER DITCH COMPANY **CASE CLOSED on 03/31/2004**
APPEAL

United States District Court

District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 12/20/2012 at 3:11 PM PST and filed on 12/20/2012

| | |
|---|---|
| **Case Name:** | IN EQUITY A-3 : UNITED STATES OF AMERICA V. ORR WATER DITCH COMPANY |
| **Case Number:** | 3:73-cv-00003-LDG |
| **Filer:** | |
| **WARNING: CASE CLOSED on 03/31/2004** | |
| **Document Number:** | 1509 |

**Docket Text:**
NOTICE of the filing of [1508] PROPOSED Notice of the Filing of Petition of the Water Master for an Order Approving His General Budget and Creating an Assessment; Approving his Special Budget and Creating Special Assessments Relative to the Supervision of the Waters of Steamboat Creek and the Washoe Lake Reservoir and for the Time of Hearing Thereof, and Directing the Filing by the Water Master of an Audited Report for the Fiscal Year Ending September 30, 2012. IT IS FURTHER ORDERED that hearing on [1507] Petition and any objections thereto, will be held on the Third Floor, before the Honorable Lloyd D. George on Monday, February 11, 2013 at 10:00 AM in Reno, NV courtroom TBA. IT IS FURTHER ORDERED that in the event no objections are filed in this matter before the 1st day of February 2013 at the court's discretion, and order may be entered based on the facts set forth in the petition filed herein. (Copies have been distributed pursuant to the NEF - DXS)

**3:73-cv-00003-LDG Notice has been electronically mailed to:**

Anne M Vohl vohl@aol.com, pacombo@concentric.net

Brent T. Kolvet bkolvet@thorndal.com, bbrown@thorndal.com, rct@thorndal.com, rla@thorndal.com

Brian J Saeman bsaeman@grgflaw.com, dcalhoun@grgflaw.com

Bryan L Stockton bstockton@ag.nv.gov, sgeyer@ag.nv.gov, sjoseph-taylor@water.nv.gov

Chester H. Adams AttyCivilDiv@cityofsparks.us

Dale E Ferguson dferguson@woodburnandwedge.com, cmayhew@woodburnandwedge.com

```
FILED ____    ____ RECEIVED
____ ENTERED    ____ SERVED ON
            COUNSEL/PARTIES OF RECORD

        DEC 10 2012

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

Attorney for Chad Blanchard, Water Master

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * * * *

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                           IN EQUITY

ORR WATER DITCH COMPANY, et al.,                              No. A-3 LDG

        Defendant.
_____/

NOTICE OF THE FILING OF PETITION OF THE WATER MASTER
FOR AN ORDER APPROVING HIS GENERAL BUDGET AND CREATING
AN ASSESSMENT; APPROVING HIS SPECIAL BUDGET AND CREATING
SPECIAL ASSESSMENTS RELATIVE TO THE SUPERVISION OF THE
WATERS OF STEAMBOAT CREEK AND THE WASHOE LAKE RESERVOIR
AND FOR THE TIME OF HEARING THEREOF, AND DIRECTING THE FILING
BY THE WATER MASTER OF AN AUDITED REPORT FOR
THE FISCAL YEAR ENDING SEPTEMBER 30, 2012

TO: ALL INTERESTED PERSONS:

YOU ARE HEREBY NOTIFIED that on ___12/10/2012___, CHAD BLANCHARD, Water Master appointed herein, filed in the office of the Clerk of the above-entitled Court a petition for an order:

1. Approving his general budget and creating an assessment in the above-entitled matter. Attached to the petition is the Water Master's estimated budget of the period from October 1, 2012, to September 30, 2013. The proposed total assessment shown in the petition is FOUR HUNDRED FIFTY THOUSAND DOLLARS ($450,000.00), and the proposed manner of payment thereof is as provided in the Final Decree in the above entitled matter.

2. Approving his special budget and creating special

assessments totaling SEVENTEEN THOUSAND FIVE HUNDRED DOLLARS ($17,500.00) to pay the costs of administration of the Water Master's office relative to the supervision of the waters of Steamboat or Galena Creek, Washoe Creek or Upper Steamboat Creek and the Washoe Lake Reservoir for the period from October 1, 2012, to September 30, 2013. Attached to the petition is the Water Master's estimated budget for the period and a special assessment.

3. Approving his filing of an audited report of his books, records and accounts, for the fiscal year ending September 30, 2012, by January 15, 2013.

4. Approving the operation of the Water Master's office for the period of time ending with the fiscal year ending September 30, 2012.

5. Approving the bond of the Water Master, CHAD BLANCARD.

**YOU ARE FURTHER NOTIFIED** that the hearing on the above petition and any objections therein, will be held on the Third Floor, before the Honorable LLOYD D. GEORGE, Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada 89501, on the __11__ day of __February, 2013__, at __10:00__ o'clock _a_.m.

**YOU ARE FURTHER NOTIFIED** that any water users or interested persons may examine the aforesaid proposed budget and petition for order approving the same, and the said audited report at the office of the Clerk of the above-entitled Court at the Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada, 89501, and may, if so desired, file written objections to either or any of them.

1
2 **YOU ARE FURTHER NOTIFIED** that in the event no objections are filed
3 in this matter before __2/1/2013__, by 12:00 PM (noon)      at
4 the Court's discretion, an order may be entered based on the facts
5 set forth in the petition filed herein.

6
7 LANCE S. WILSON                           12/20/2012
   CLERK                                    DATE
8 *Lance S. Wilson*
   (By) DEPUTY CLERK