# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>THE PYRAMID LAKE PAIUTE TRIBE OF INDIANS,<br><br>    Petitioner,<br>v.<br>ORR WATER DITCH CO., *et al*.,<br><br>    Defendants. | Case No. 3:73-cv-00003-LDG<br>In Equity 73-3<br><br>**ORDER** |

Eighteen parties move for partial final judgment pursuant to Fed. R. Civ. Pro. 54(b) (#1552) that *may* concern the Petition originally filed by Pyramid Lake Paiute Tribe of Indians on April 7, 1993, in this, the *Orr Ditch* litigation.

These parties have filed an identical motion and an identical memorandum in the litigation concerning the Tribe's *Alpine* Petition. Specifically, the parties preface their documents with a note that suggests the arguments presented in both motions are identical and that, "unless expressly stated otherwise, the facts recited in this Memorandum reference filings and orders submitted in the Alpine Litigation." Though the legal

arguments may be identical, the facts cannot be identical.  While the Tribe may have served a party with its *Alpine* Petition regarding a claim against water rights appurtenant to certain land, such fact is irrelevant to whether partial final judgment is appropriate as to a claim alleged in the *Orr Ditch* Petition.

Accordingly,

THE COURT **ORDERS** that the Motion for Partial Final Judgment (#1552) is DENIED without prejudice.

DATED this ____ day of March, 2014.

Lloyd D. George
United States District Judge