# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>THE PYRAMID LAKE PAIUTE TRIBE OF INDIANS,<br><br>    Petitioner,<br><br>v.<br><br>ORR WATER DITCH CO., *et al.*,<br><br>    Defendants. | Case No. 3:73-cv-00003-LDG<br>In Equity 73-3<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that the City of Fernley's Motion for Partial Final Judgment (#1546) is GRANTED.

DATED this 20 day of March, 2014.

Lloyd D. George
United States District Judge