# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

THE PYRAMID LAKE PAIUTE TRIBE OF INDIANS,

    Petitioner,

v.

ORR WATER DITCH CO., *et al.*,

    Defendants.

Case No. 3:73-cv-00003-LDG
In Equity 73-3

**PARTIAL FINAL JUDGMENT**

    Having granted the motion of the City of Fernley for entry of partial final judgment, and having expressly determined that there is no just reason for delay, therefore:

    THE COURT **ORDERS AND ADJUDGES** that this constitutes a final judgment of the dismissal, without prejudice, of the City of Fernley as a respondent to the claims in the Pyramid Lake Paiute Tribe of Indians' Petition, originally filed April 7, 1993, regarding water rights.

    DATED this 20 day of March, 2014.

Lloyd D. George
United States District Judge