*Mr. and Mrs. Robert Knox*
*3458 La Sombra Drive*
*Hollywood, CA  90068*

March 5, 2016

Clerk US District Court, Nevada
400 South Virginia St, Room 301
Reno, NV 89501

Roger Bergmann
4947 W Lakeridge Terrace Lane
Reno, NV 89509

ORR DITCH

I received a complicated document which appears to be a claim for money.  We sold our only property in Nevada, on York Lane, Fallon, NV, on May, 7, 2015, for cash. We have no interest in that property of any kind. It is gone.

I believe that your claim is in error, and I request to be removed from all further mailings. If you think that we have some liability in this matter please explain it us in plain English.

Sincerely,

*Robert L Knox*

3:73-CV-0003
USA v. Orr Water Ditch, et al        ORDER

IT IS SO ORDERED.
DATED this ___ day of April, 2016.

_____
Lloyd D. George
Sr. U.S. District Judge

ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

Attorney for Chad Blanchard, Water Master

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * * * *

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ORR WATER DITCH COMPANY, et al.,

    Defendant.

IN EQUITY
3:73-CV-0003-LDG

ORDER APPROVING WATER MASTER'S BUDGET FOR 2015-2016; CREATING AN ASSESSMENT TO REPLENISH THE FUND HERETOFORE ESTABLISHED TO PAY THE EXPENSE OF CONDUCTING THE WATER MASTER'S OFFICE; CREATING A SPECIAL ASSESSMENT TO CONTINUE THE FUND HERETOFORE ESTABLISHED TO PAY THE EXPENSE OF SPECIAL ADMINISTRATION OF STEAMBOAT CREEK AND THE WASHOE LAKE OR UPPER STEAMBOAT CREEK AND THE WASHOE LAKE RESERVOIR; APPORTIONING THE COSTS THEREOF; AND PROVIDING THE MANNER AND METHOD FOR COLLECTION THEREOF; AND APPROVING THE WATER MASTER'S <u>ADMINISTRATION OF THE DECREE FOR 2014-2015</u>

BE IT REMEMBERED that the petition of CHAD BLANCHARD, Water Master appointed herein to administer the Final Decree entered on September 8, 1944, asking that an assessment be created to replenish the fund heretofore established to pay the expenses of

FINAL

OMB No. 2502-0265

## A. SETTLEMENT STATEMENT (HUD-1)

| B. TYPE OF LOAN | | |
|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ CONV. UNINS. |
| 4. ☐ VA | 5. ☐ CONV. INS. | |
| 6. FILE NUMBER: 03-36863-15 | 7. LOAN NUMBER 009000018569 | |
| 8. MORTGAGE INS. CASE NO.: | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | | |
|---|---|---|
| D. NAME & ADDRESS OF BORROWER: | E & C Schank Properties, LLC, A Nevada Limited Liability Company<br>2475 Austin Hwy, Fallon, NV 89406 | |
| E. NAME & ADDRESS OF SELLER: | Robert L. Knox and Susan H. Knox<br>3458 La Sombra Drive, Hollywood, CA 90068 | |
| F. NAME & ADDRESS OF LENDER: | American AgCredit, FLCA<br>1440 W Williams Ave., Fallon, NV 89406 | |
| G. PROPERTY LOCATION: | Not Addressed (York Lane), Fallon, NV 89406 | |
| H. SETTLEMENT AGENT: | Western Nevada Title Company | |
| PLACE OF SETTLEMENT: | 2258 Reno Highway, Suite A, Fallon, NV 89406 (775) 423-7037 | |
| I. SETTLEMENT DATE: | 5/07/2015 | |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract sales price | | 401. Contract sales price | 425,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower: (line 1400) | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments For Items Paid By Seller In Advance:** | | **Adjustments For Items Paid By Seller In Advance:** | |
| 106. City/town taxes    to | | 406. City/town taxes    to | |
| 107. County taxes    to | | 407. County taxes  05/07/15  to  07/01/15 | 329.98 |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower:** | | **420. Gross Amount Due To Seller:** | 425,329.98 |
| **200. Amounts Paid By Or In Behalf Of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 25,089.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 1st Mtg. Ln. | |
| 205. | | 505. Payoff 2nd Mtg. Ln. | |
| 206. | | 506. Disbursements To Seller | 400,240.48 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments For Items Unpaid By Seller:** | | **Adjustments For Items Unpaid By Seller:** | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes    to | | 511. County taxes    to | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |

Mr. Robert Knox
3458 La Sombra Dr.
Los Angeles, CA 90068

LOS ANGELES CA 900
27 MAR 2016 PM 4 L

9550121957b

Clerk US District Court, Nevada
400 South Virginia St, Room 301
Reno, NV 89501