FILED _____          _____ RECEIVED
ENTERED _____        _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

DEC 3 0 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

1  ROGER A. BERGMANN
   State Bar No. 733
2  A Professional Corporation
3  4947 W. Lakeridge Terrace Lane
   Reno, Nevada 89509
4
   Attorney for Chad Blanchard, Water Master
5

6              UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF NEVADA

8                    *  *  *  *  *

9  THE UNITED STATES OF AMERICA,

10                   Plaintiff,

11     vs.                                    IN EQUITY

12  ORR WATER DITCH COMPANY, et al.,          3:73-cv-0003-LDG

13                   Defendant.
                                    /
14        NOTICE OF THE FILING OF PETITION OF THE WATER MASTER
15       FOR AN ORDER APPROVING HIS GENERAL BUDGET AND CREATING
         AN ASSESSMENT; APPROVING HIS SPECIAL BUDGET AND CREATING
16       SPECIAL ASSESSMENTS RELATIVE TO THE SUPERVISION OF THE
         WATERS OF STEAMBOAT CREEK AND THE WASHOE LAKE RESERVOIR
17     AND FOR THE TIME OF HEARING THEREOF, AND DIRECTING THE FILING
           BY THE WATER MASTER OF AN AUDITED REPORT FOR
18            THE FISCAL YEAR ENDING SEPTEMBER 30, 2017

19  TO:  ALL INTERESTED PERSONS:

20

21     YOU ARE HEREBY NOTIFIED that on  December 30, 2016          ,

22  CHAD BLANCHARD, Water Master appointed herein, filed in the

23  office of the Clerk of the above-entitled Court a petition for

24  an order:

25     1.    Approving his general budget and creating an

26  assessment in the above-entitled matter. Attached to the

27  petition is the Water Master's estimated budget of the period

28  from October 1, 2016, to September 30, 2017.  The proposed total

assessment shown in the petition is FOUR HUNDRED FIFTY THOUSAND DOLLARS ($450,000.00), and the proposed manner of payment thereof is as provided in the Final Decree in the above entitled matter.

2.   Approving his special budget and creating special assessments totaling EIGHTEEN THOUSAND DOLLARS ($18,000.00) to pay the costs of administration of the Water Master's Office relative to the administration and supervision of the waters of Steamboat or Galena Creek, Washoe Creek or Upper Steamboat Creek and the Washoe Lake Reservoir for the period from October 1, 2016, to September 30, 2017.  Attached to the petition is the Water Master's estimated budget for the period and a special assessment.

3.  Approving his filing of an audited report of his books, records and accounts, for the fiscal year ending September 30, 2016, which report was filed on December 30, 2016.

4.   Approving the operation of the Water Master's office for the period of time ending with the fiscal year ending September 30, 2016.

5.   Approving the bond of the Water Master, CHAD BLANCARD.

**YOU ARE FURTHER NOTIFIED** that the hearing on the above petition and any objections therein, will be held on the Third Floor, before the Honorable LLOYD D. GEORGE, Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada 89501, on the  6th   day of  March, 2017      , at  10:00      o'clock a.m.

1    **YOU ARE FURTHER NOTIFIED** that any water right holders or

2  interested persons may examine the aforesaid proposed budget and

3  petition for order approving the same, and the said audited

4  report at the office of the Clerk of the above-entitled Court at

5  the Federal Court Building, 400 South Virginia Street, Third

6  Floor, Reno, Nevada, 89501, and may, if so desired, file written

7  objections to either or any of them.

8

9

10  **YOU ARE FURTHER NOTIFIED** that in the event no objections are

11  filed in this matter before  February 17, 2017 , at  9:00  o'clock

12  _.m., at the Court's discretion, an order may be entered based

13  on the facts set forth in the petition filed herein.

14    DATED this  4th  day of  January .

15

16  DEBRA K. KEMPI                                    January 4, 2017

17  CLERK                                             DATE

18  (By) 1      CLERK

19                                                    Clerk

20

21

22

23

24

25

26

27

28