Laura A. Schroeder, NSB 3595
Therese A. Ure, NSB 10255
Schroeder Law Offices, P.C.
440 Marsh Avenue
Reno, Nevada 89509
Telephone: (775) 786-8800
Fax: (877) 600-4971
Email: counsel@water-law.com

*Attorneys for Respondent Borges*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff(s),<br><br>v.<br><br>ORR WATER DITCH CO., et al.,<br><br>                Defendant(s). | Case No. 3:73-cv-00003-LDG<br>In Equity A-3<br><br>**STIPULATION AND ORDER FOR PARTIAL FINAL JUDGMENT** |

      Leslie G. Borges ("Respondent Borges") and the Pyramid Lake Paiute Tribe ("Tribe") (collectively, the "Parties"), through their respective counsel, stipulate to the following Order for a Partial Final Judgment dismissing Respondent Borges from the above-titled action as related to certain water rights referenced herein. The Parties respectfully request that said order be issued pursuant to Fed. R. Civ. P. 54(b).

      Pursuant to the Court's Order dated March 28, 2008 (ECF No. 881), the Orr Ditch Petition was dismissed, without prejudice, as to each un-served respondent, i.e., those respondents who did not acknowledge mail service. Respondent Borges did not acknowledge service, and therefore was generally dismissed under the Court's Order of dismissal (ECF No. 881). Because Respondent Borges remains a party to the above-titled action since no final



judgment has been entered, the parties agree that it is appropriate for the Court to issue an order dismissing Respondent Borges as related to certain water rights more fully identified below:

| PLPT Ref. No. | Township | Range | Section | QQ Section | Acres | TCID No. | Name |
|---|---|---|---|---|---|---|---|
| 2945 | 20 | 26 | 33 | 5 | 2.8 | 836 | Borges, Leslie G et. al |
| 2946 | 20 | 26 | 33 | 7 | 7.2 | 836 | Borges, Leslie G et. al |
| 2947 | 20 | 26 | 33 | 6 | 3.3 | 836 | Borges, Leslie G et. al |
| 2948 | 20 | 26 | 33 | 1 | 5.2 | 836 | Borges, Leslie G et. al |
| 2949 | 20 | 26 | 33 | 2 | 6.1 | 836 | Borges, Leslie G et. al |
| 2950 | 20 | 26 | 33 | 4 | 4.9 | 836 | Borges, Leslie G et. al |
| 2951 | 20 | 26 | 33 | 8 | 0.2 | 836 | Borges, Leslie G et. al |
| 2952 | 20 | 26 | 34 | 4 | 0.1 | 836 | Borges, Leslie G et. al |
| 2953 | 20 | 26 | 33 | 3 | 6.7 | 836 | Borges, Leslie G et. al |

Based on the foregoing, the parties hereby stipulate and request the Court issue this Order for Partial Final Judgment dismissing Respondent Borges from the above-titled action. All parties to bear their own fees and costs.

RESPECTFULLY SUBMITTED BY:

Dated: 2/23/2017
SCHROEDER LAW OFFICES, P.C.

Dated: 2/23/2017
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By   /s/ Therese A. Ure
Laura A. Schroeder, Esq.
Therese A. Ure, Esq.
440 Marsh Ave.
Reno, NV 89509
Phone: (775) 786-8800
Attorneys for Respondent Borges

By   /s/ Christopher W. Mixson
Don Springmeyer, Esq.
Christopher W. Mixson, Esq.
5594-B Longley Lane
Reno, NV 89511
Phone: (775) 684-1222
Attorneys for Pyramid Lake Paiute Tribe

The stipulation of the parties is GRANTED.

IT IS SO ORDERED.

Dated:   this ___ day of February, 2017.

By _____
United States District Judge
Lloyd D. George

Page 2 -   STIPULATION AND ORDER FOR PARTIAL FINAL JUDGMENT



SCHROEDER LAW OFFICES, P.C.
440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800   FAX (877) 600-4971