ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

Attorney for Chad Blanchard, Water Master

FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

JUN 13 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ORR WATER DITCH COMPANY, et al.,)<br>)<br>Defendant. )<br>_____) | Order for Additional Funding Regarding Planning of Truckee River Operating Agreement<br><br>3:73-CV-0003 LDG |

1.   Whereas an Order was entered September 15, 2010, for Funding the Planning for Implementation of the Truckee River Operating Agreement (TROA) for fiscal years October 1, 2011, through September 30, 2016.

2.   Whereas an Order was entered February 10, 2014 for Additional Funding for Planning for Implementation of the TROA of EIGHT HUNDRED THOUSAND DOLLARS ($800,000.00), which was paid to the Federal Water Master for the period October 1, 2013 to September 30, 2014.

3.   Whereas additional funds are necessary to fund the

United States Bureau of Reclamation's commitment for the

"Studies & Services" thereunder for the period October 1, 2017

through September 30, 2018 as set forth in Exhibit "D" of the

above Order.

    4.    Good cause appearing therefore, it is hereby ordered:

That the United States Bureau of Reclamation shall pay to

the funds already held by the Federal Water Master, when such

funds are available, the additional sum of THREE HUNDRED SEVENTY

TWO THOUSAND FIFTEEN DOLLARS ($372,015.00) to be used for the

fiscal years October 1, 2017 to September 30, 2018 for

"Additional Studies & Services under TROA Implementation

Planning & Policy Preparation" as set forth in Exhibit "D".

Such sums shall be used for Additional Studies and Services

as set forth in Exhibit "D" of this Courts Order, dated

September 15, 2010, and as set forth in Exhibit "D" of this

Order.

**UNITED STATES OF AMERICA**

By:_____

TERRI EDWARDS, Area Manager
United States Bureau of Reclamation
United States Department of the Interior

Dated this _13_ day of _June 2017_

_____
United States District Judge

# EXHIBIT "D"

Budgeted TROA Implementation Planning & Policy Preparation -- Additional Studies & Services
Interim Budget Funding by the U.S. Bureau of Reclamation

Additional Studies & Services under TROA Administration
Statement of Budgeted Revenues, Expenses & Retained Earnings for the Fiscal Period
Ending September 30, 2018

|  | FY-2018 | TOTAL |
|---|---|---|
| Budgeted Operating Revenue | | |
| U.S. Bureau of Reclamation | | |
| Studies & Services Fee Income | $372,015 | $372,015 |
| | | |
| BUDGETED TOTAL OPERATING REVENUE | $372,015 | $372,015 |
| | | |
| Budgeted Operating Expenses | | |
| Studies & Services Expenses | $372,015 | $372,015 |
| | | |
| BUDGETED TOTAL OPERATING EXPENSES | $372,015 | $372,015 |
| | | |
| Budgeted Net Income (Loss) | $0 | $0 |