XAVIER BECERRA, State Bar No. 118517
Attorney General of California
TRACY L. WINSOR, State Bar No. 186164
Supervising Deputy Attorney General
DANIEL M. FUCHS, State Bar No. 179033
Deputy Attorney General
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone: (916) 210-7827
　Fax: (916) 327-2319
　E-mail: Daniel.Fuchs@doj.ca.gov
*Attorneys for
The State of California acting by and through the
California Department of Water Resources and the
California State Water Resources Control Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**ORR WATER DITCH CO. ET AL.,**<br><br>　　　　　　　　　　　Defendants. | 3:73-CV-0003-LDG<br><br>**MOTION FOR REMOVAL FROM SERVICE LIST AND TERMINATION AS TO ATTORNEY OF RECORD** |

Movant Office of the California Attorney General represents the State of California acting by and through the California Department of Water Resources and the California State Water Resources Control Board (California State Agencies) in this matter. Movant respectfully requests that the Court allow the removal of former Deputy Attorney General Jan Zabriskie as an attorney of record for the California State Agencies and remove him from the service list in this matter.

Mr. Zabriskie has retired from his employment with the Office of the California Attorney General and no longer provides legal services for the California State Agencies in this matter. The Office of the California Attorney General continues to represent the California State Agencies in this matter through Deputy Attorney General Daniel M. Fuchs, who has been active in this matter since December 2008. See Dkt. 912 (Motion for Relief from Local Counsel Requirement), Dkt 913 (California State Agencies' Motion to Intervene), Dkt 991 (Order on Motion to Intervene). Granting of this motion for removal will not result in any delay in this matter. The client California State Agencies have been notified and consent to this motion.

Dated: January 29, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TRACY L. WINSOR
Supervising Deputy Attorney General


*/s/ Daniel M. Fuchs*
DANIEL M. FUCHS
Deputy Attorney General
*Attorneys for*
*The State of California acting by and through the California Department of Water Resources and the California State Water Resources Control Board*

SA2008305315
33247383.docx

## ORDER

IT IS SO ORDERED.
DATED this 31st day of January, 2018.

_____
Lloyd D. George
U.S. District Judge