ROGER A. BERGMANN
STATE BAR NO. 733
A PROFESSIONAL CORPORATION
4947 W. LAKERIDGE TERRACE LANE
RENO, NV 89509



ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
FEB 14 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | IN EQUITY |
| vs. | 3:73-cv-0003-LDG |
| ORR WATER DITCH COMPANY, et. al, | |
| Defendant. | |

AGREEMENT OF MANDATORY SIGNATORY PARTIES FOR APPROVAL OF TRUCKEE RIVER OPERATING AGREEEMENT BUDGET FOR FISCAL YEAR OCTOBER 1, 2017 TO SEPTEMBER 30, 2018.

Pursuant to Section 2.C.3 of the Truckee River Operating Agreement dated September 6, 2008 the required approval is needed of a majority of the three parties, to wit: The United States of America, the State of California and the State of Nevada.

The Federal Water Master, Chad Blanchard, the designated "Administrator," herein, submits to the Court, for its approval, the signed Budget Agreement for the fiscal year October 1, 2017 to September 30, 2018, which Agreement is signed by the required majority of the mandatory signors, attached hereto as Exhibit "A". The projected budget is the sum of $1,550,000.00, which sum will be paid from the stipulated funding now in

the possession of the Administrator. Once the parties sign, we are asking the Court for approval.

The Federal Water Master, Chad Blanchard, also submits to the Court, for its approval, the signed Budget Agreement for the past fiscal year, October 1, 2016 to September 30, 2017, which Agreement is signed by the required majority of the mandatory signors, attached hereto as Exhibit "D". Approval is also requested for the audited Financial Report for administration of the Truckee River Operating Agreement to be filed for the fiscal year October 1, 2016 to September 30, 2017.

The Federal Water Master, Chad Blanchard, also submits for approval by the Mandatory Signatory Parties, his proposed tentative budget for the Truckee River Operating Agreement for fiscal years October 1, 2018 to September 30, 2019, as Exhibit "B" attached hereto. The projected budget is the sum of $1,500,000.00, which sum will be paid from the stipulated funding now in the possession of the Administrator.

The Federal Water Master, Chad Blanchard, also submits for approval by the Mandatory Signatory Parties, his proposed tentative budget for the fiscal year October 1, 2019 to September 30, 2020, as Exhibit "C" attached hereto. The projected budget is the sum of $1,500,000.00, which sum will be paid from the assessment of the Mandatory Signatory Parties as follows:

| | |
|---|---|
| United States of America | $ 600,000.00 |
| State of Nevada | 600,000.00 |
| State of California | 300,000.00 |
| | $1,500,000.00 |

These proposed tentative budgets are designed to give the Parties notice, and ample time to prepare for future budgets for the Truckee River Operating Agreement. Signatures to this Agreement are not bound by these budgets, as costs and expenses may vary from year to year as circumstances may change, and actual budgets are submitted each year.

This Agreement may be executed in two or more counterparts (including by facsimile or by an electronic scan delivered by electronic mail), each of which shall be deemed an original, but all of which together shall be considered one and the same agreement, and shall become effective when counterparts have been signed by each of the Mandatory Signatory Parties hereto and delivered to the other Mandatory Signatory Parties, it being understood that all Mandatory Signatory Parties need not sign the same counterpart

By executing this document, the parties hereby give their approval of the Budget as submitted, and submit the same to the Court for its approval.

DATED THIS 11th DAY OF December 2017.

**U.S. DISTRICT COURT WATER MASTER**

By: /s/ Chad Blanchard

    CHAD BLANCHARD

/ / / / / / / / /

/ / / / / / / / /

UNITED STATE OF AMERICA

BY:_____
Print Name_____
Title:_____
Dated:_____

STATE OF NEVADA

By:_____

Print Name:_____
Title:_____
Date:_____

STATE OF CALIFORNIA

By: _[signature]_____

Print Name: ERIC S. Kaff
Title: Deputy Director
Date: 1/30/18

ROGER A. BERGMANN, A PROFESSIONAL CORPORATION

By: _[signature]_____
   Roger A. Bergmann, Attorney for
   U.S. District Court Water Master

APPROVED BY THIS COURT.

DATE:_____

_____
United States District Judge

**UNITED STATE OF AMERICA**

BY:_____
Print Name_____
Title:_____
Dated:_____

**STATE OF NEVADA**

By:___*(signature)*_____
Print Name: JASON KING
Title: NEVADA STATE ENGINEER
Date:_____

**STATE OF CALIFORNIA**

By:_____

Print Name:_____
Title:_____
Date: _____

ROGER A. BERGMANN, A PROFESSIONAL CORPORATION

By:___*(signature)*_____
   Roger A. Bergmann, Attorney for
   U.S. District Court Water Master

**APPROVED BY THIS COURT.**

DATE:_____




_____
United States District Judge

**UNITED STATE OF AMERICA**

BY:_____
Print Name_____
Title:_____
Dated:_____


**STATE OF NEVADA**


By:_____

Print Name:_____
Title:_____
Date:_____


**STATE OF CALIFORNIA**


By:_____

Print Name:_____
Title:_____
Date: _____


ROGER A. BERGMANN, A PROFESSIONAL CORPORATION

By:_____/s/_____
    Roger A. Bergmann, Attorney for
    U.S. District Court Water Master


**APPROVED BY THIS COURT.**

DATE:_____16 February 2018_____

_____/s/_____
United States District Judge
Lloyd D. George

# Exhibit "A"

## In Equity 3:73-cv-0003-LDG
U.S. District Court - Chad J Blanchard, TROA Administrator
Truckee River Operating Agreement Administration

## Budgeted
Statements of Revenues, Expenses and Retained Earnings
Fiscal Year ending September 30, 2018

**Budgeted Revenues**
| | |
|---|---:|
| TROA Administration (Reserves) | $1,550,000 |
| Administrative Fees - United States | $0 |
| Administrative Fees - State of Nevada | $0 |
| Administrative Fees - State of California | $0 |

**Total Budgeted Revenue**     **$1,550,000**

**Budgeted Expenses**
| | |
|---|---:|
| Computer Software & Licensing | $74,532 |
| Depreciation | $32,878 |
| Habitat Restoration Fund | $50,000 |
| Hearing Officer | $150,000 |
| Payroll Taxes | $29,812 |
| Professional, Legal & Audit Fees | $59,500 |
| Rent, Supplies & Overhead | $93,036 |
| RiverWare Modeling & Technical Consulting | $352,500 |
| Stream Gaging & Telemetry Data Retrieval | $95,040 |
| Travel & Conference | $11,820 |
| TROA Administration Salaries & Benefits | $581,997 |

**Total Budgeted Operating Expenses**     **$1,531,115**

**Budgeted Net Income (Loss)**     **$18,885**
Item Not Affecting Working Capital (Depreciation)     32,878

**Total Budgeted Working Capital Provided**     **$51,764**
Working Capital Applied To Budgeted Equipment Acquisitions     -50,928

**Budgeted Increase (Decrease) in Working Capital**     **$836**

# Exhibit "B"

## In Equity 3:73-cv-0003-LDG
U.S. District Court - Chad J Blanchard, TROA Administrator
Truckee River Operating Agreement Administration

## Budgeted
Statements of Revenues, Expenses and Retained Earnings
Fiscal Year ending September 30, 2019

| | |
|---|---:|
| **Budgeted Revenues** | |
| TROA Administration (Reserves) | $1,500,000 |
| Administrative Fees - United States | $0 |
| Administrative Fees - State of Nevada | $0 |
| Administrative Fees - State of California | $0 |
| **Total Budgeted Revenue** | **$1,500,000** |
| | |
| **Budgeted Expenses** | |
| Computer Software & Licensing | $52,609 |
| Depreciation | $33,536 |
| Habitat Restoration Fund | $50,000 |
| Hearing Officer | $120,000 |
| Payroll Taxes | $32,458 |
| Professional, Legal & Audit Fees | $61,725 |
| Rent, Supplies & Overhead | $94,544 |
| RiverWare Modeling & Technical Consulting | $304,000 |
| Stream Gaging & Telemetry Data Retrieval | $117,270 |
| Travel & Conference | $12,116 |
| TROA Administration Salaries & Benefits | $605,283 |
| **Total Budgeted Operating Expenses** | **$1,483,539** |
| | |
| **Budgeted Net Income (Loss)** | **$16,461** |
| Item Not Affecting Working Capital (Depreciation) | 33,536 |
| | |
| **Total Budgeted Working Capital Provided** | **$49,997** |
| Working Capital Applied To Budgeted Equipment Acquisitions | -50,000 |
| | |
| **Budgeted Increase (Decrease) in Working Capital** | **-$3** |

# Exhibit "C"

## In Equity 3:73-cv-0003-LDG
U.S. District Court - Chad J Blanchard, TROA Administrator
Truckee River Operating Agreement Administration

### Budgeted
### Statements of Revenues, Expenses and Retained Earnings
### Fiscal Year ending September 30, 2020

**Budgeted Revenues**

| | |
|---|---:|
| TROA Administration (Reserves) | $0 |
| Administrative Fees - United States | $600,000 |
| Administrative Fees - State of Nevada | $600,000 |
| Administrative Fees - State of California | $300,000 |
| **Total Budgeted Revenue** | **$1,500,000** |

**Budgeted Expenses**

| | |
|---|---:|
| Computer Software & Licensing | $54,843 |
| Depreciation | $34,207 |
| Habitat Restoration Fund | $50,000 |
| Hearing Officer | $100,000 |
| Payroll Taxes | $34,081 |
| Professional, Legal & Audit Fees | $63,668 |
| Rent, Supplies & Overhead | $96,091 |
| RiverWare Modeling & Technical Consulting | $300,000 |
| Stream Gaging & Telemetry Data Retrieval | $120,367 |
| Travel & Conference | $12,418 |
| TROA Administration Salaries & Benefits | $625,247 |
| **Total Budgeted Operating Expenses** | **$1,490,922** |
| **Budgeted Net Income (Loss)** | **$9,078** |
| Item Not Affecting Working Capital (Depreciation) | 34,207 |
| **Total Budgeted Working Capital Provided** | **$43,284** |
| Working Capital Applied To Budgeted Equipment Acquisitions | -43,500 |
| **Budgeted Increase (Decrease) in Working Capital** | **-$216** |

ROGER A. BERGMANN
STATE BAR NO. 733
A PROFESSIONAL CORPORATION
4947 W. LAKERIDGE TERRACE LANE
RENO, NV 89509

Exhibit "D"

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

THE UNITED STATES OF AMERICA,

Plaintiff,

vs.

ORR WATER DITCH COMPANY, et. al,

Defendant.

IN EQUITY

3:73-cv-0003-LDG

AGREEMENT OF MANDATORY SIGNATORY PARTIES FOR APPROVAL OF TRUCKEE RIVER OPERATING AGREEEMENT BUDGET FOR FISCAL YEAR OCTOBER 1, 2016 TO SEPTEMBER 30, 2017.

Pursuant to Section 2.C.3 of the Truckee River Operating Agreement dated September 6, 2008 the required approval is needed of a majority of the three parties, to wit: The United States of America, the State of California and the State of Nevada.

The Federal Water Master, Chad Blanchard, the designated "Administrator" herein, has submitted the Budget attached hereto to as Exhibit "A" to the parties for their approval.

This Agreement may be executed in two or more counterparts (including by facsimile or by an electronic scan delivered by electronic mail), each of which shall be deemed an original, but all of which together shall be considered one and the

same agreement, and shall become effective when counterparts have been signed by each of the Mandatory Signatory Parties hereto and delivered to the other Mandatory Signatory Parties, it being understood that all Mandatory Signatory Parties need not sign the same counterpart

By executing this document, the parties hereby give their approval of the Budget as submitted, and submit the same to the Court for its approval.

DATED THIS 23rd DAY OF Feb 2017.

**U.S. DISTRICT COURT WATER MASTER**

By: /s/ Chad Blanchard
CHAD BLANCHARD

**UNITED STATE OF AMERICA**

BY:_____

Print Name_____
Title:_____
Dated:_____

**STATE OF NEVADA**

By:_____

Print Name:_____
Title:_____
Date:_____

**STATE OF CALIFORNIA**

By:_____

Print Name:_____
Title:_____
Date:_____

same agreement, and shall become effective when counterparts have been signed by each of the Mandatory Signatory Parties hereto and delivered to the other Mandatory Signatory Parties, it being understood that all Mandatory Signatory Parties need not sign the same counterpart

By executing this document, the parties hereby give their approval of the Budget as submitted, and submit the same to the Court for its approval.

DATED THIS _____ DAY OF _____2017.

**U.S. DISTRICT COURT WATER MASTER**

By:_____
CHAD BLANCHARD

**UNITED STATE OF AMERICA**

BY:_____

Print Name_____
Title:_____
Dated:_____

**STATE OF NEVADA**

By:_____*[signature]*_____

Print Name: JASON KING
Title: STATE ENGINEER
Date: 2/1/17

**STATE OF CALIFORNIA**

By:_____

Print Name:_____
Title:_____
Date:_____

same agreement, and shall become effective when counterparts have been signed by each of the Mandatory Signatory Parties hereto and delivered to the other Mandatory Signatory Parties, it being understood that all Mandatory Signatory Parties need not sign the same counterpart

By executing this document, the parties hereby give their approval of the Budget as submitted, and submit the same to the Court for its approval.

DATED THIS _____ DAY OF _____ 2017.

**U.S. DISTRICT COURT WATER MASTER**

By:_____
CHAD BLANCHARD

**UNITED STATE OF AMERICA**

BY:_____

Print Name_____
Title:_____
Dated:_____

**STATE OF NEVADA**

By:_____

Print Name:_____
Title:_____
Date:_____

**STATE OF CALIFORNIA**

By: *[signature]*

Print Name: Gary Bardini
Title: Deputy Director
Date: 2/22/17

APPROVED BY THIS COURT.

DATE: 16 February 2018

_____
United States District Judge
Lloyd D. George

# Exhibit "A"

In Equity 3:73-cv-0003-LDG
U.S. District Court - Chad J Blanchard, TROA Administrator
Truckee River Operating Agreement Administration

**Budgeted**
Statements of Revenues, Expenses and Retained Earnings
Fiscal Year ending September 30, 2017

**Budgeted Revenues**
    TROA Administration      $1,464,045

**Total Budgeted Revenue**      $1,464,045

**Budgeted Expenses**

| Item | Amount |
|---|---|
| Computer Software & Licensing | $92,925 |
| Depreciation | $20,812 |
| Habitat Restoration Fund | $50,000 |
| Hearing Officer | $60,000 |
| Payroll Taxes | $27,946 |
| Professional, Legal & Audit Fees | $50,000 |
| Rent, Supplies & Overhead | $109,464 |
| RiverWare Modeling & Technical Consulting | $285,000 |
| Stream Gaging & Telemetry Data Retrieval | $150,012 |
| Travel & Conference | $15,000 |
| TROA Administration Salaries & Benefits | $557,986 |

**Total Budgeted Operating Expenses**      $1,419,144

**Budgeted Net Income (Loss)**      $44,900
Item Not Affecting Working Capital (Depreciation)      20,812

**Total Budgeted Working Capital Provided**      $65,712
Working Capital Applied To Budgeted Equipment Acquisitions      -65,712

**Budgeted Increase (Decrease) in Working Capital**      $0