```
                                        HOLLAND & HART LLP
                                  9555 Hillwood Drive, 2nd Floor
                                      Las Vegas, NV 89134
```

1  Stephen Peek, Esq.
   Nevada Bar No. 1758
2  Rachel L. Wise, Esq.
   Nevada Bar No. 12303
3  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, NV  89134
   Phone: 702-222-2500
5  Fax: 702-669-4600
   Email:  speek@hollandhart.com
6          rlwise@hollandhart.com

7

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10

11 IN EQUITY A-3: UNITED STATES OF AMERICA,    Case No. 3:73-cv-00003-LDG

12                 Plaintiff,                   **MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND ORDER**

13 v.

14 ORR WATER DITCH COMPANY,

15                 Defendant.

16

17     Pursuant to LR IA 10.6(e), Rachel L. Wise, Esq., hereby moves this court for an Order

18 removing her from all service lists, including the court's electronic notification list, in the above-

19 captioned case.

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Page 1 of 3

1  Stephen Peek, Esq.
   Nevada Bar No. 1758
2  Rachel L. Wise, Esq.
   Nevada Bar No. 12303
3  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, NV  89134
   Phone: 702-222-2500
5  Fax: 702-669-4600
   Email:  speek@hollandhart.com
6          rlwise@hollandhart.com

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| IN EQUITY A-3: UNITED STATES OF AMERICA, | Case No. 3:73-cv-00003-LDG |
|---|---|
| Plaintiff, | **MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND ORDER** |
| v. | |
| ORR WATER DITCH COMPANY, | |
| Defendant. | |

Pursuant to LR IA 10.6(e), Rachel L. Wise, Esq., hereby moves this court for an Order removing her from all service lists, including the court's electronic notification list, in the above-captioned case.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Attorney Wise is no longer employed by Taggart & Taggart, Ltd.

DATED this 14th day of March, 2018.

            HOLLAND & HART LLP

            */s/ Rachel L. Wise*
            Stephen Peek, Esq.
            Nevada Bar No. 1758
            Rachel L. Wise, Esq.
            Nevada Bar No. 12303
            9555 Hillwood Drive, 2nd Floor
            Las Vegas, Nevada 89134

**IT IS SO ORDERED**

_____
U. S. DISTRICT COURT JUDGE
LLOYD D. GEORGE
DATED: _____ March 2018