ADAM PAUL LAXALT
Attorney General
JAMES N. BOLOTIN
Deputy Attorney General
Nevada Bar No. 13829
Government & Natural Resources
100 North Carson Street
Carson City, Nevada 89701-4717
Tele: (775) 684-1231
Fax: (775) 684-1108
Email: JBolotin@ag.nv.gov
*Attorney for Defendants,*
  *State of Nevada and Nevada State Engineer*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff,<br><br>vs.<br><br>ORR WATER DITCH CO., *et al.*,<br><br>Defendants.<br><br>Re: Nevada State Engineer Ruling No. 6327. | Case No. 3:73-cv-00003-LDG<br>(In Equity A-3-LDG)<br><br>**MOTION FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANTS, STATE OF NEVADA AND NEVADA STATE ENGINEER** |

PLEASE TAKE NOTICE that the State of Nevada, by and through counsel, ADAM PAUL LAXALT, Attorney General of the State of Nevada, hereby notifies the Court and respective parties to this action that Deputy Attorney General JAMES N. BOLOTIN has assumed responsibility for representing Defendants, the State of Nevada and the Nevada State Engineer, Department of Conservation and Natural Resources, Division of Water Resources, in the above-entitled action.

Senior Deputy Attorney General Justina A. Caviglia has left the office of the Attorney General and is no longer responsible for the handling of this case and should be removed from this Court's docket as counsel of record and removed from electronic notices for this case.

-1-

Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717

Due to this change, it is further requested that all future pleadings be served upon and any contact by court personnel or parties to the above-entitled action be directed to Deputy Attorney General JAMES N. BOLOTIN.

DATED this 11th day of May, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ James N. Bolotin
JAMES N. BOLOTIN
Deputy Attorney General

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 11th day of May, 2018, I served a true and correct copy of the foregoing MOTION FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANT, NEVADA STATE ENGINEER, by U.S. District Court CM/ECF electronic filing, which will send notification of such filing to the email addresses that are registered for this case.

/s/ Dorene A. Wright

It is so ORDERED.

Dated this __16__ day of May, 2018.

Lloyd D. George
United States District Judge

-2-