ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

Attorney for Chad Blanchard, Water Master

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

THE UNITED STATES OF AMERICA,

              Plaintiff,

vs.

ORR WATER DITCH COMPANY, et al.,

              Defendant.
_____/

IN EQUITY

3:73-cv-0003-LDG

**NOTICE OF THE FILING OF PETITION OF THE WATER MASTER FOR AN ORDER APPROVING HIS GENERAL BUDGET AND CREATING AN ASSESSMENT; APPROVING HIS SPECIAL BUDGET AND CREATING SPECIAL ASSESSMENTS RELATIVE TO THE SUPERVISION OF THE WATERS OF STEAMBOAT CREEK AND THE WASHOE LAKE RESERVOIR AND FOR THE TIME OF HEARING THEREOF, AND DIRECTING THE FILING BY THE WATER MASTER OF AN AUDITED REPORT FOR THE FISCAL YEAR ENDING SEPTEMBER 30, 2019**

TO: ALL INTERESTED PERSONS:

**YOU ARE HEREBY NOTIFIED** that on 12/27/2019, CHAD BLANCHARD, Water Master appointed herein, filed in the office of the Clerk of the above-entitled Court a petition for an order:

1.    Approving his general budget and creating an assessment in the above-entitled matter. Attached to the

petition is the Water Master's estimated budget of the period from October 1, 2018, to September 30, 2019. The proposed total assessment shown in the petition is FOUR HUNDRED SEVENTY-SEVEN THOUSAND DOLLARS ($477,000.00), and the proposed manner of payment thereof is as provided in the Final Decree in the above entitled matter.

2. Approving his special budget and creating special assessments totaling EIGHTEEN THOUSAND EIGHT HUNDRED DOLLARS ($18,800.00) to pay the costs of administration of the Water Master's Office relative to the administration and supervision of the waters of Steamboat or Galena Creek, Washoe Creek or Upper Steamboat Creek and the Washoe Lake Reservoir for the period from October 1, 2018, to September 30, 2019. Attached to the petition is the Water Master's estimated budget for the period and a special assessment.

3. Approving his filing of an audited report of his books, records and accounts, for the fiscal year ending September 30, 2018, which report was filed on December 27, 2018.

4. Approving the operation of the Water Master's office for the period of time ending with the fiscal year ending September 30, 2018.

5. Approving the bond of the Water Master, CHAD BLANCARD.

YOU ARE FURTHER NOTIFIED that the hearing on the above petition and any objections therein, will be held on the Third Floor, before the Honorable LLOYD D. GEORGE, Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada 89501, on the  1st   day of  April, 2019 , at 10:00 o'clock a.m.

YOU ARE FURTHER NOTIFIED that any water right holders or interested persons may examine the aforesaid proposed budget and petition for order approving the same, and the said audited report at the office of the Clerk of the above-entitled Court at the Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada, 89501, and may, if so desired, file written objections to either or any of them.

YOU ARE FURTHER NOTIFIED that in the event no objections are filed in this matter before  March 25, 2019 , at  4:00  o'clock p.m., at the Court's discretion, an order may be entered based on the facts set forth in the petition filed herein.

DEBRA K. KEMPI
CLERK

*(By) DEPUTY CLERK*

February 22, 2019
DATE