ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

Attorney for Chad Blanchard, Water Master

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * * * *

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                 IN EQUITY

ORR WATER DITCH COMPANY, et al.,    3:73-cv-0003-LDG

        Defendant.
_____/

NOTICE OF THE FILING OF PETITION OF THE WATER MASTER
FOR AN ORDER APPROVING HIS GENERAL BUDGET AND CREATING
AN ASSESSMENT; APPROVING HIS SPECIAL BUDGET AND CREATING
SPECIAL ASSESSMENTS RELATIVE TO THE SUPERVISION OF THE
WATERS OF STEAMBOAT CREEK AND THE WASHOE LAKE RESERVOIR
AND FOR THE TIME OF HEARING THEREOF, AND DIRECTING THE FILING
BY THE WATER MASTER OF AN AUDITED REPORT FOR
<u>THE FISCAL YEAR ENDING SEPTEMBER 30, 2019</u>

TO: ALL INTERESTED PERSONS:

**YOU ARE HEREBY NOTIFIED** that on   3/26/2019  , CHAD BLANCHARD, Water Master appointed herein, filed in the office of the Clerk of the above-entitled Court a petition for an order:

1. Approving his general budget and creating an assessment in the above-entitled matter. Attached to the

petition is the Water Master's estimated budget of the period from October 1, 2018, to September 30, 2019. The proposed total assessment shown in the petition is FOUR HUNDRED SEVENTY-SEVEN THOUSAND DOLLARS ($477,000.00), and the proposed manner of payment thereof is as provided in the Final Decree in the above entitled matter.

2. Approving his special budget and creating special assessments totaling EIGHTEEN THOUSAND EIGHT HUNDRED DOLLARS ($18,800.00) to pay the costs of administration of the Water Master's Office relative to the administration and supervision of the waters of Steamboat or Galena Creek, Washoe Creek or Upper Steamboat Creek and the Washoe Lake Reservoir for the period from October 1, 2018, to September 30, 2019. Attached to the petition is the Water Master's estimated budget for the period and a special assessment.

3. Approving his filing of an audited report of his books, records and accounts, for the fiscal year ending September 30, 2018, which report was filed on December 27, 2018.

4. Approving the operation of the Water Master's office for the period of time ending with the fiscal year ending September 30, 2018.

5. Approving the bond of the Water Master, CHAD BLANCARD.

| | |
|---|---|
| 1 | **YOU ARE FURTHER NOTIFIED** that the hearing on the above |
| 2 | petition and any objections therein, will be held on the |
| 3 | Third Floor, before the Honorable LLOYD D. GEORGE, Federal |
| 4 | Court Building, 400 South Virginia Street, Third Floor, Reno, |
| 5 | Nevada 89501, on the <u>17th</u> day of <u>April, 2019</u>, at <u>9:00</u> |
| 6 | o'clock <u>a</u>.m. |
| 7 | |
| 8 | **YOU ARE FURTHER NOTIFIED** that any water right holders or |
| 9 | interested persons may examine the aforesaid proposed budget |
| 10 | and petition for order approving the same, and the said |
| 11 | audited report at the office of the Clerk of the above- |
| 12 | entitled Court at the Federal Court Building, 400 South |
| 13 | Virginia Street, Third Floor, Reno, Nevada, 89501, and may, |
| 14 | if so desired, file written objections to either or any of |
| 15 | them. |
| 16 | |
| 17 | **YOU ARE FURTHER NOTIFIED** that in the event no objections |
| 18 | are filed in this matter before <u>4/15/2019</u>, at |
| 19 | <u>9:00</u> o'clock <u>a</u>.m., at the Court's discretion, an order may |
| 20 | be entered based on the facts set forth in the petition filed |
| 21 | herein. |

DEBRA K. KEMPI
CLERK
*(signature)*
(By) DEPUTY CLERK

April 3, 2019
DATE