ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

Attorney for Chad Blanchard, Water Master

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> ORR WATER DITCH COMPANY, et al., ) <br> ) <br> ) <br> Defendant. ) | Order for Additional Funding Regarding Administration of Truckee River Operating Agreement <br><br> 3:73-CV-0003LDG |

1. Whereas an Order was entered September 15, 2010, for Funding the Planning for Implementation of the Truckee River Operating Agreement (TROA) for fiscal years October 1, 2011, through September 30, 2016.

2. Whereas Additional Funding for "Studies and Services" thereunder has been paid to the Federal Water Master by the United States Bureau of Reclamation for their commitment.

3. Whereas the commencement of the Operation of the Truckee River Agreement was on December 1, 2015, under the management of the Federal Water Master.

4. Whereas additional funds are necessary to fund the United States Bureau of Reclamation's commitment for the "Studies and Services" thereunder for the period October 1, 2018 through September 30, 2022.

5. Good cause appearing therefore, it is hereby ordered:

That the United States Bureau of Reclamation shall pay to the funds already held by the Federal Water Master, when such funds are available, the additional sum of THREE HUNDRED TWENTY THOUSAND DOLLARS ($320,000.00) to be used for the time period October 1, 2018 through September 30, 2022, for "Additional Studies and Services" under Truckee River Operating Agreement operation and management.

Dated this day of _____ 2019.

UNITED STATES OF AMERICA

By: _____
TERRI EDWARDS, AREA MANAGER
UNITED STATES BUREAU OF RECLAMATION
UNITED STATES DEPARTMENT OF THE INTERIOR

Dated this 4th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE

Dated this day of April 22, 2019.