ROGER A. BERGMANN
STATE BAR NO. 733
4947 W.LAKERIDGE TERRACE LANE
RENO, NV 89509

ATTORNEY FOR CHAD BLANCHARD, WATER MASTER

UNITED STATES DISTRICT COUR

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | ORDER FOR ADDITIONAL |
| Plaintiff, ) | FUNDING REGARDING |
| ) | ADMINISTRATION OF |
| Vs. ) | TRUCKEE RIVER |
| ) | OPERATING AGREEMENT |
| ORR WATER DITCH COMPANY, et. al.) | FOR CALIFORNIA |
| ) | PROJECTS FUND |
| Defendant. ) | |
| | 3:73-CV-0003LDG |

1. Whereas, the commencement of the Operation of the Truckee River Operating Agreement (TROA) was on December 1, 2015 under the management of the Federal Water Master; and

2. Whereas, TROA Section 2.C(f)(1) and Section 2.C(f)(2) provide for the establishment of a Habitat Restoration Fund consisting of at least $50,000 per year beginning in Year 2 following TROA implementation for a period of 30 years; and

3. Whereas, the Federal Water Master/TROA Administrator, CHAD BLANCHARD, has included $50,000 for the first annual Habitat Restoration Fund line item as set forth in Exhibit "C" of the budget for First Year TROA

Operations, approved by the Court on September 15, 2010; and

4. Whereas, the annual amount of at least $50,000, but no more that $100,000 will be included in the TROA Administrator's annual budget and will be adjusted annually in accordance with TROA Section 2.C(f)(1); and

5. Whereas, the first distribution of funds was made available during calendar year 2017, and the final (30th) distribution will be available after December 2045 (during calendar year 2046); and

6. Whereas, TROA defines the initial recipient of Habit Restoration Funds to be the State of California; and

7. Whereas, the State of California has identified that additional funds are necessary to support additional projects along with its commitment as set forth in TROA Section 2.C(f)(2).

8. The State of California agrees to pay to the Federal Water Master, when such funds are available, the additional sum of TWO HUNDRED FIFTY THOUSAND DOLLARS ($250,000.00), to be used for the period beginning October 1, 2019, until the funds are exhausted. Such funds shall be set aside by the Federal Water in a separate and distinct bank account known as the **CALIFORNIA PROJECTS FUND**, and

monies contributed by California shall be used only for this purpose.

Agreed to by the State of California this ___8th___ day of ___October___ 2019.

STATE OF CALIFORNIA

By: _____
JUAN ESCOBAR
Principal Engineer, North Central Region Office Chief




Good cause appearing therefore, it is hereby Ordered this ___6th___ day of ___March___ 2020.

UNITED STATES DISTRICT JUDGE

By: _____