ROGER A. BERGMANN
STATE BAR NO. 733
A PROFESSIONAL CORPORATION
4947 W. LAKERIDGE TERRACE LANE
RENO, NV 89509

FILED ✓ / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 26 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

*****

THE UNITED STATES OF AMERICA,

Plaintiff,

vs.

ORR WATER DITCH COMPANY, et. al,

Defendant.

IN EQUITY

3:73-cv-0003-LDG

AGREEMENT OF FUNDING PARTIES FOR APPROVAL OF TRUCKEE RIVER OPERATING AGREEEMENT BUDGET FOR FISCAL YEAR OCTOBER 1, 2019 TO SEPTEMBER 30, 2020.

Pursuant to Section 2.C.3 of the Truckee River Operating Agreement dated September 6, 2008 the required approval is needed of a majority of the three Funding Parties, to wit: The United States of America, the State of California and the State of Nevada.

The Federal Water Master, Chad Blanchard, the designated "Administrator," herein, submits to the Court, that the Court previously approved by Order signed April 3, 2019, the "tentative" budget for the fiscal year October 1, 2019 to September 30, 2020, and now resubmits that budget as his "proposed" budget for the fiscal year October 1, 2019 to September 30, 2020. This Agreement is signed by the required majority of the Funding

Parties, and is attached hereto as Exhibit (A). The proposed budget is the sum of $1,500,000.00, which sum will be paid from the Funding Parties per their previously agreed percentages as follows:

    United States of America  $ 600,000.00
    State of Nevada              600,000.00
    State of California         <u>300,000.00</u>
                                     $1,500,000.00

The Federal Water Master is asking for the Court to approve this proposed budget.

The Federal Water Master, Chad Blanchard, also submits for approval by the Funding Parties, his proposed tentative budget for the Truckee River Operating Agreement for fiscal years October 1, 2020 to September 30, 2021, as Exhibit "B" attached hereto. The projected budget is the sum of $1,500,000.00, which sum will be paid from the assessment of the Funding Parties per their previously agreed to percentages as follows:

    United States of America  $ 600,000.00
    State of Nevada              600,000.00
    State of California         <u>300,000.00</u>
                                     $1,500,000.00

The Federal Water Master, Chad Blanchard, also submits for approval by the Funding Parties, his proposed tentative budget for the fiscal year October 1, 2021 to September 30, 2022, as Exhibit "C" attached hereto. The projected budget is the sum of $1,500,000.00, which sum will be paid from the assessment of the Funding Parties as follows:

    United States of America  $ 600,000.00
    State of Nevada              600,000.00
    State of California         <u>300,000.00</u>
                                     $1,500,000.00

These proposed tentative budgets are designed to give the Parties notice, and ample time to prepare for future budgets for the Truckee River Operating Agreement and the Water Master proposes to continuously provide two years of "tentative" budgets along with the "proposed" current budget. Signatures to this Agreement are not bound by these budgets, as costs and expenses may vary from year to year as circumstances may change, and actual budgets are submitted each year. Any and all surpluses of income over expenses shall be held by the Federal Water Master in a "reserve contingency" fund to be used for any budget short falls or unanticipated expenses.

The Federal Water Master, Chad Blanchard, also submits to the Court, for its approval the audited Financial Report for Administration of the Truckee River Operating Agreement filed for the fiscal year October 1, 2018 to September 30, 2019.

This Agreement may be executed in two or more counterparts (including by facsimile or by an electronic scan delivered by electronic mail), each of which shall be deemed an original, but all of which together shall be considered one and the same agreement, and shall become effective when counterparts have been signed by the majority of the Funding Parties hereto and delivered to the other Funding Parties, it being understood that the majority of the Funding Parties need not sign the same counterpart.

By executing this document, the parties hereby give their approval of the Budget as submitted, and submit the same to the Court for its approval.

DATED THIS 8th DAY OF November, 2019.

**U.S. DISTRICT COURT WATER MASTER**

By: /s/ Chad Blanchard

CHAD BLANCHARD


**ROGER A. BERGMANN, A PROFESSIONAL CORPORATION**

By: /s/ Roger A. Bergmann
Roger A. Bergmann, Attorney for
U.S. District Court Water Master


**UNITED STATE OF AMERICA**

BY:_____

Print Name_____
Title:_____
Dated:_____


**STATE OF NEVADA**

By: /s/ Tim Wilson, P.E.

Print Name: Tim Wilson, P.E.
Title: Acting State Engineer
Date: 11/21/19

STATE OF CALIFORNIA

By: _____
Print Name: Juan Escobar
Title: MRNCRU Chief
Date: 12/3/2019

APPROVED BY THIS COURT.
DATE: March 25, 2020

_____
United States District Judge

# Exhibit "A"

In Equity 3:73-cv-0003-LDG
U.S. District Court - Chad J Blanchard, TROA Administrator
Truckee River Operating Agreement Administration

## Proposed Budget
### Statements of Revenues, Expenses and Retained Earnings
### Fiscal Year ending September 30, 2020

**Budgeted Revenues**

| | |
|---|---|
| Administrative Fees - United States | $600,000 |
| Administrative Fees - State of Nevada | $600,000 |
| Administrative Fees - State of California | $300,000 |
| **Total Budgeted Revenue** | **$1,500,000** |

**Budgeted Expenses**

| | |
|---|---|
| Computer Consulting, Software & Licensing | $101,302 |
| Depreciation | $39,157 |
| Habitat Restoration Fund | $53,927 |
| Hearing Officer | $35,000 |
| Payroll Taxes | $35,356 |
| Professional, Legal & Audit Fees | $80,500 |
| Rent, Telephone, Supplies & Overhead | $105,950 |
| RiverWare Modeling & Technical Consulting | $320,000 |
| Stream Gaging & Telemetry Data Retrieval | $108,670 |
| Travel & Conference | $17,850 |
| TROA Administration Staff & Benefits | $626,346 |
| **Total Budgeted Operating Expenses** | **$1,524,057** |
| Budgeted Net Income (Loss) | -$24,057 |
| Item Not Affecting Working Capital (Depreciation) | 39,157 |
| **Total Budgeted Working Capital Provided** | **$15,099** |
| Working Capital Applied To Budgeted Equipment Acquisitions | -17,067 |
| **Budgeted Increase (Decrease) in Working Capital** | **-$1,967** |

# Exhibit "B"

In Equity 3:73-cv-0003-LDG
U.S. District Court - Chad J Blanchard, TROA Administrator
Truckee River Operating Agreement Administration

## Tentative Budget
### Statements of Revenues, Expenses and Retained Earnings
### Fiscal Year ending September 30, 2021

**Budgeted Revenues**

| | |
|---|---:|
| Administrative Fees - United States | $600,000 |
| Administrative Fees - State of Nevada | $600,000 |
| Administrative Fees - State of California | $300,000 |
| **Total Budgeted Revenue** | **$1,500,000** |

**Budgeted Expenses**

| | |
|---|---:|
| Computer Consulting, Software & Licensing | $82,852 |
| Depreciation | $47,499 |
| Habitat Restoration Fund | $55,275 |
| Hearing Officer | $35,000 |
| Payroll Taxes | $38,827 |
| Professional, Legal & Audit Fees | $84,880 |
| Rent, Supplies & Overhead | $108,647 |
| RiverWare Modeling & Technical Consulting | $300,000 |
| Stream Gaging & Telemetry Data Retrieval | $114,441 |
| Travel & Conference | $18,296 |
| TROA Administration Staff & Benefits | $658,298 |
| **Total Budgeted Operating Expenses** | **$1,544,016** |
| | |
| **Budgeted Net Income (Loss)** | -$44,016 |
| Item Not Affecting Working Capital (Depreciation) | 47,499 |
| | |
| **Total Budgeted Working Capital Provided** | $3,483 |
| Working Capital Applied To Budgeted Equipment Acquisitions | -20,000 |
| | |
| **Budgeted Increase (Decrease) in Working Capital** | -$16,517 |

# Exhibit "C"

In Equity 3:73-cv-0003-LDG
U.S. District Court - Chad J Blanchard, TROA Administrator
Truckee River Operating Agreement Administration

## Tentative Budget
### Statements of Revenues, Expenses and Retained Earnings
### Fiscal Year ending September 30, 2022

**Budgeted Revenues**

| | |
|---|---:|
| Administrative Fees - United States | $600,000 |
| Administrative Fees - State of Nevada | $600,000 |
| Administrative Fees - State of California | $300,000 |
| **Total Budgeted Revenue** | **$1,500,000** |

**Budgeted Expenses**

| | |
|---|---:|
| Computer Consulting, Software & Licensing | $86,995 |
| Depreciation | $49,874 |
| Habitat Restoration Fund | $54,325 |
| Hearing Officer | $35,000 |
| Payroll Taxes | $42,641 |
| Professional, Legal & Audit Fees | $89,124 |
| Rent, Supplies & Overhead | $107,600 |
| RiverWare Modeling & Technical Consulting | $300,000 |
| Stream Gaging & Telemetry Data Retrieval | $115,022 |
| Travel & Conference | $18,754 |
| TROA Administration Staff & Benefits | $691,911 |
| **Total Budgeted Operating Expenses** | **$1,591,246** |
| **Budgeted Net Income (Loss)** | -$91,246 |
| Item Not Affecting Working Capital (Depreciation) | 49,874 |
| **Total Budgeted Working Capital Provided** | -$41,372 |
| Working Capital Applied To Budgeted Equipment Acquisitions | -20,000 |
| **Budgeted Increase (Decrease) in Working Capital** | -$61,372 |