ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

Attorney for Chad Blanchard, Water Master

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

THE UNITED STATES OF AMERICA,

           Plaintiff,

vs.                                                                IN EQUITY

ORR WATER DITCH COMPANY, et al.,           3:73-cv-0003-MDD

           Defendant.
_____/

NOTICE OF THE FILING OF PETITION OF THE WATER MASTER
FOR AN ORDER APPROVING HIS GENERAL BUDGET FOR 2020-2021 AND
CREATING AN ASSESSMENT; APPROVING HIS SPECIAL BUDGET AND
CREATING SPECIAL ASSESSMENTS RELATIVE TO THE SUPERVISION OF
THE WATERS OF STEAMBOAT AND WASHOE LAKE RESERVOIR;
AND FOR THE TIME OF HEARING THEREOF, AND DIRECTING THE FILING
BY THE WATER MASTER OF AN AUDITED REPORT FOR
<u>THE FISCAL YEAR ENDING SEPTEMBER 30, 2021</u>

TO:  ALL INTERESTED PERSONS:

    **YOU ARE HEREBY NOTIFIED** that on <u>December 31, 2020</u>, CHAD BLANCHARD, Water Master appointed herein, filed in the office of the Clerk of the above-entitled Court a Petition for an order:

    1.  Approving his general budget and creating an assessment in the above-entitled matter. Attached to the

petition is the Water Master's estimated budget for the period from October 1, 2020 to September 30, 2021.  The proposed total assessment shown in the petition is FOUR HUNDRED EIGHTY-NINE THOUSAND DOLLARS ($489,000.00), and the proposed manner of payment thereof is as provided in the Final Decree in the above entitled matter.

2.   Approving his special budget and creating special assessments totaling TWENTY THOUSAND FIVE HUNDRED DOLLARS ($20,500.00) to pay the costs of administration of the Water Master's Office relative to the administration and supervision of the waters of Steamboat or Galena Creek, Washoe Creek or Upper Steamboat Creek, and the Washoe Lake Reservoir for the period from October 1, 2020 to September 30, 2021.  Attached to the petition is the Water Master's estimated budget and special assessment for said period.

3.   Approving his filing of an audited report of his books, records and accounts for the fiscal year ending September 30, 2020, as filed.

4.   Approving the operation of the Water Master's office for the period of time ending with the fiscal year ending September 30, 2020.

5.   Approving the bond of the Water Master, CHAD BLANCHARD.

**YOU ARE FURTHER NOTIFIED** that the hearing on the above

1  petition and any objections therein, will be held before the
2  Honorable MIRANDA M. DU, Federal Court Building, 400 South
   Courtroom 5
3  Virginia Street, ~~Third Floor~~, Reno, Nevada 89501, on the __19th__
4  day of __February, 2021__, at __9:00__ o'clock _a_.m.
5
6  **YOU ARE FURTHER NOTIFIED** that any water right holders or
7  interested persons may examine the aforesaid proposed budget
8  and petition for order approving the same, and the said
9  audited report, at the office of the Clerk of the above-
10 entitled Court at the Federal Court Building, 400 South
11 Virginia Street, Third Floor, Reno, Nevada, 89501, and may,
12 if so desired, file written objections to either or any of
13 them.
14
15 **YOU ARE FURTHER NOTIFIED** that in the event no objections
16 are filed in this matter before __February 4, 2021__, at
17 __4:00__ o'clock _p_.m., at the Court's discretion, an order may
18 be entered based on the facts set forth in the petition filed
19 herein.
20
21     DATED this __5th__ day of __January__.
              Debra K. Kempi,
22            ~~Lance S. Wilson~~, Clerk
              United States District Court
23
24
25
              By: __Peggie Vannozzi__
26                  Deputy Clerk
27
28