# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | In Equity 3:73-cv-00003-MMD |
| Plaintiffs, | ) ) | **ORDER REQUIRING NOTICE OF PETITION OF TRUCKEE** |
| ORR WATER DITCH CO., et al.,, | ) ) | **MEADOWS WATER AUTHORITY FOR ORDER RECOGNIZING AND** |
| Defendants. | ) ) ) ) ) | **CONFIRMING CHANGES IN POINT OF DIVERSION, PLACE OF USE AND MANNER OF USE OF DECREED WATER RIGHT** |

GOOD CAUSE APPEARING, it is hereby ordered that the Motion for Order Requiring Notice of Petition and for Publication of Notice filed herein by Truckee Meadows Water Authority is granted.

Notice of the Petition shall be given by publishing a copy of the Notice of Petition in the Reno Gazette-Journal and the Sierra Sun once a week for four consecutive weeks.

Truckee Meadows Water Authority is relieved of any further service or notice obligations with respect to this matter.

DATED this 28th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE

1