John K. Gallagher, Esq.
Nevada State Bar No. 956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
GUILD, GALLAGHER & FULLER, LTD.
100 West Liberty Street, Suite 800
P.O. Box 2838
Reno, Nevada 89505
Telephone: (775) 786-2366
Fax: (775) 322-9105
*jgallagher@ggfltd.com*
*pgallagher@ggfltd.com*

*Attorneys for Chad Blanchard, Water Master*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ORR WATER DITCH COMPANY, et al.,<br><br>    Defendants. | IN EQUITY<br><br>Case No. 3:73-CV-00003-MMD |

**<u>NOTICE OF THE FILING OF PETITION OF THE WATER MASTER FOR AN ORDER APPROVING HIS GENERAL BUDGET FOR 2021 AND CREATING AN ASSESSMENT; APPROVING HIS SPECIAL BUDGET AND CREATING SPECIAL ASSESSMENTS RELATIVE TO THE SUPERVISION OF THE WATERS OF STEAMBOAT AND WASHOE LAKE RESERVOIR; FOR THE TIME OF HEARING THEREOF; AND OF THE FILING BY THE WATER MASTER OF AN AUDITED REPORT FOR THE FISCAL YEAR ENDING SEPTEMBER 30, 2021</u>**

**TO:   ALL INTERESTED PERSONS:**

**YOU ARE HEREBY NOTIFIED** that on ___December 30, 2021___, CHAD BLANCHARD, Water Master appointed herein, filed in the office of the Clerk of the above-entitled Court a Petition for an order:

1.     Approving his general budget and creating an assessment in the above-entitled matter. Attached to the petition is the Water Master's estimated budget for the period from October

1  1, 2021 to September 30, 2022. The proposed total assessment shown in the petition is FIVE HUNDRED TWENTY-TWO THOUSAND DOLLARS ($522,000.00), and the proposed manner of payment thereof is as provided in the Final Decree in the above-entitled matter.

2. Approving his special budget and creating special assessments totaling TWENTY-TWO THOUSAND FIVE HUNDRED DOLLARS ($22,500.00) to pay the costs of administration of the Water Master's Office relative to the administration and supervision of the waters of Steamboat or Galena Creek, Washoe Creek or Upper Steamboat Creek, and the Washoe Lake Reservoir for the period from October 1, 2021 to September 30, 2022. Attached to the petition is the Water Master's estimated budget and special assessment for said period.

3. Approving his filing of an audited report of his books, records and accounts for the fiscal year ending September 30, 2021, as filed.

4. Approving the operation of the Water Master's office for the period of time ending with the fiscal year ending September 30, 2021.

5. Approving the bond of the Water Master, CHAD BLANCHARD.

**YOU ARE FURTHER NOTIFIED** that the hearing on the above petition and any objections therein, will be held before the Honorable MIRANDA M. DU, Federal Court Building, 400 South Virginia Street, Courtroom 5, Reno, Nevada 89501, on the 4th day March, 2022 at 10:00 o'clock a.m.

**YOU ARE FURTHER NOTIFIED** that any water right holders or interested persons may examine the aforesaid proposed budget and petition for order approving the same, and the said audited report, at the office of the Clerk of the above-entitled Court at the Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada, 89501, and may, if so desired, file written objections to either or any of them.

// // //

// // //

// // //

// // //

// // //

1  **YOU ARE FURTHER NOTIFIED** that in the event no objections are filed in this matter
2  before  February 25, 2022 , at  4:00     o'clock p.m., at the Court's discretion, an order may be
3  entered based on the facts set forth in the petition filed herein.
4      DATED this  4th  day of      January              , 20<u>22</u>.
5                      **United States District Court**
6
7              By:  /s/ Peggie Vannozzi
                            Deputy Clerk