John K. Gallagher, Esq.
Nevada State Bar No. 956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
GUILD, GALLAGHER & FULLER, LTD.
100 West Liberty Street, Suite 800
P.O. Box 2838
Reno, Nevada 89505
Telephone: (775) 786-2366
Fax: (775) 322-9105
jgallagher@ggfltd.com
pgallagher@ggfltd.com

*Attorneys for Chad Blanchard, Water Master*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ORR WATER DITCH COMPANY, et al.,<br><br>Defendants. | IN EQUITY<br><br>Case No. 3:73-CV-00003-MMD |

**AGREEMENT OF FUNDING PARTIES FOR APPROVAL OF TRUCKEE RIVER OPERATING AGREEMENT BUDGET FOR FISCAL YEAR OCTOBER 1, 2021 TO SEPTEMBER 30, 2022**

Pursuant to Section 2.C.3 of the Truckee River Operating Agreement dated September 6, 2008 the required approval is needed of a majority of the three Funding Parties, to wit: The United States of America, the State of California and the State of Nevada.

The Federal Water Master, Chad Blanchard, the designated Administrator ("Federal Water Master"), herein, submits to the Court, that the Court previously approved by Order signed February 10, 2021, the "tentative" budget for the fiscal year October 1, 2021 to September 30, 2022. This tentative budget has been updated and the Federal Water Master now submits this budget to the Court as his "proposed" budget for the fiscal year October 1, 2021 to September 30, 2022. This Agreement is signed by the required majority of the Funding Parties and is attached

1

AGREEMENT OF FUNDING PARTIES FOR APPROVAL OF TRUCKEE RIVER OPERATING AGREEMENT BUDGET FOR FISCAL YEAR OCTOBER 1, 2021 TO SEPTEMBER 30, 2022/CASE NO: 3:73-CV-00003-MMD

hereto as Exhibit "A". The proposed budget is the sum of $1,425,000.00, which sum will be paid from the Funding Parties per their previously agreed percentages as follows:

| | |
|---|---|
| United States of America | $ 570,000.00 |
| State of Nevada | 570,000.00 |
| State of California | 285,000.00 |
| | $1,425,000.00 |

The Federal Water Master is asking for the Court to approve this proposed budget.

The Federal Water Master, Chad Blanchard, also submits for approval by the Funding Parties, his proposed tentative budget for the Truckee River Operating Agreement for fiscal year October 1, 2022 to September 30, 2023, as Exhibit "B" attached hereto. The projected budget is the sum of $1,500,000.00, which sum will be paid from the assessment of the Funding Parties per their previously agreed to percentages as follows:

| | |
|---|---|
| United States of America | $ 600,000.00 |
| State of Nevada | 600,000.00 |
| State of California | 300,000.00 |
| | $1,500,000.00 |

The Federal Water Master also submits for approval by the Funding Parties, his proposed tentative budget for the fiscal year October 1, 2023 to September 30, 2024, as Exhibit "C" attached hereto. The projected budget is the sum of $1,600,000.00, which sum will be paid from the assessment of the Funding Parties as follows:

| | |
|---|---|
| United States of America | $ 640,000.00 |
| State of Nevada | 640,000.00 |
| State of California | 320,000.00 |
| | $1,600,000.00 |

In addition, TROA section 7(A)(2)(b)(3) provides "[i]n addition to any fees that may be charged by United States, [Washoe County Water] Conservation District may impose fees [Annual Fee] for its calculated annual cost of operation and maintenance of Boca Dam and Reservoir performed in accordance with this agreement".

To better implement section 7(A)(2)(b)(3) of TROA, the Parties agree that the Federal Water Master should be granted authority to establish a bank account to hold custody of the Conservation District funds described as the Annual Fee in section 7(A)(2)(b)(3). Such funds shall be set aside

2

AGREEMENT OF FUNDING PARTIES FOR APPROVAL OF TRUCKEE RIVER OPERATING AGREEMENT BUDGET FOR FISCAL YEAR OCTOBER 1, 2021 TO SEPTEMBER 30, 2022/CASE NO: 3:73-CV-00003-MMD

by the Federal Water Master in a separate and distinct bank account known as the Boca Dam and Reservoir Account (the "Boca Account") and monies deposited in said account shall only be used to reimburse the Conservation District in accordance with TROA section 7(A)(2)(b)(3).

The Parties agree that their apportioned share of the Annual Fee shall be calculated by the Federal Water Master and that the Federal Water Master shall be granted authority to collect from the Parties their apportioned share of the Annual Fee.

In order to properly calculate the Annual Fee, the Conservation District shall provide the Federal Water Master the relevant components provided in section 7(A)(2)(b)(3) on an ongoing basis based on their annual audit report for each fiscal year ending June 30, beginning with the year ending June 30, 2021. The Conservation District shall provide this information to the Federal Water Master on an ongoing basis no later than November 1 of each year, beginning with November 1, 2021.

The Average Proportion of Flow for the Annual Fee shall be calculated by the Federal Water Master based on a running average as provided in section 7(A)(2)(b)(3), beginning with the water year ending September 30, 2021.

No later than January 15, 2022, and no later than January 15 of each subsequent year thereafter, the Federal Water Master's Annual Fee calculations shall be communicated to the Parties.

The Parties agree to pay the Federal Water Master for their apportioned share of the Annual Fee no later than April 30 each year based upon the latest calculation of the Annual Fee as determined by the Federal Water Master.

The first Annual Fee has been calculated to be $82,941.55 (Exhibit "D") and shall be paid by the Parties no later than April 30, 2022 as follows:

| | |
|---|---|
| United States of America | $37,751.51 |
| State of Nevada | $33,176.62 |
| State of California | $12,019.42 |
| Total Annual Fee | $82,941.55 |

The Federal Water Master shall distribute the Annual Fee collected for the Boca Account to the Conservation District within 30 days upon receipt of all funds.

3

AGREEMENT OF FUNDING PARTIES FOR APPROVAL OF TRUCKEE RIVER OPERATING AGREEMENT BUDGET FOR FISCAL YEAR OCTOBER 1, 2021 TO SEPTEMBER 30, 2022/CASE NO: 3:73-CV-00003-MMD

The Federal Water Master shall include an accounting of fees collected and distributed in the Boca Account in his annual audited financial report to be filed with this Court.

These proposed tentative budgets are designed to give the Parties notice, and ample time to prepare for future budgets for the Truckee River Operating Agreement and the Water Master proposes to continuously provide two years of "tentative" budgets along with the "proposed" current budget. Signatures to this Agreement are not bound by these budgets, as costs and expenses may vary from year to year as circumstances may change, and actual budgets are submitted each year. Any and all surpluses of income over expenses shall be held in reserve by the Federal Water Master to be used for any budget short falls or unanticipated expenses.

The Federal Water Master, Chad Blanchard, also submits to the Court for its approval the audited Financial Report for Administration of the Truckee River Operating Agreement filed for the fiscal year October 1, 2020 to September 30, 2021.

This Agreement may be executed in two or more counterparts (including by facsimile or by an electronic scan delivered by electronic mail), each of which shall be deemed an original, but all of which together shall be considered one and the same agreement, and shall become effective when counterparts have been signed by the majority of the Funding Parties hereto and delivered to the other Funding Parties, it being understood that the majority of the Funding Parties need not sign the same counterpart.

// // //
// // //
// // //
// // //
// // //
// // //
// // //
// // //
// // //

4

AGREEMENT OF FUNDING PARTIES FOR APPROVAL OF TRUCKEE RIVER OPERATING AGREEMENT BUDGET FOR FISCAL YEAR OCTOBER 1, 2021 TO SEPTEMBER 30, 2022/CASE NO: 3:73-CV-00003-MMD

By executing this document, the parties hereby give their approval of the Budget as submitted and submit the same to the Court for its approval.

DATED THIS 29th DAY OF December, 2021.

U.S. DISTRICT COURT WATER MASTER

By: _____
CHAD BLANCHARD

GUILD, GALLAGHER & FULLER, LTD.

By: _____
JOHN K. GALLAGHER, ESQ.
Nevada State Bar No. 956
PATRICK H. GALLAGHER, ESQ.
Nevada State Bar No. 14875
100 West Liberty Street, Suite 800
Reno, NV 89501
Phone: 775-786-2366
Fax: 775-322-9105

*Attorneys for U.S. District Court Water Master*

// // //

UNITED STATES OF AMERICA

By: _____

Print Name: _____
Title:
Date:


STATE OF NEVADA

By: _/s/ Adam Sullivan_____

Print Name: ADAM SULLIVAN
Title: STATE ENGINEER
Date: January 27, 2022


STATE OF CALIFORNIA

By: _____

Print Name: _____
Title:
Date:


APPROVED BY THIS COURT

Date: _____


By: _____
      United States District Judge

**UNITED STATES OF AMERICA**

By: _____
Print Name: _____
Title:
Date:

**STATE OF NEVADA**

By: _____
Print Name: _____
Title:
Date:

**STATE OF CALIFORNIA**

By: _____[signature]_____
Print Name: Juan Escobar
Title: Principal Engineer, WR
Date: 1/7/2022

**APPROVED BY THIS COURT**

Date: 2/2/2022

By: _____[signature]_____
United States District Judge

## EXHIBIT LIST

A. Proposed Budget

B. Proposed Tentative Budget for the Truckee River Operating Agreement for fiscal year October 1, 2022 to September 30, 2023

C. Proposed Tentative Budget for the Truckee River Operating Agreement for fiscal year October 1, 2023 to September 30, 2024

D. Boca Dam and Reservoir Account

7

AGREEMENT OF FUNDING PARTIES FOR APPROVAL OF TRUCKEE RIVER OPERATING AGREEMENT BUDGET FOR FISCAL YEAR OCTOBER 1, 2021 TO SEPTEMBER 30, 2022/CASE NO: 3:73-CV-00003-MMD

# EXHIBIT A

# EXHIBIT A

# Exhibit "A"

**In Equity 3:73-cv-0003-MDD**
U.S. District Court - Chad J Blanchard, TROA Administrator
Truckee River Operating Agreement Administration

## Proposed Budget
### Statements of Revenues, Expenses and Retained Earnings
### Fiscal Year ending September 30, 2022

**Budgeted Revenues**

| | |
|---|---:|
| Administrative Fees - United States | $570,000 |
| Administrative Fees - State of Nevada | $570,000 |
| Administrative Fees - State of California | $285,000 |
| **Total Budgeted Revenue** | **$1,425,000** |

**Budgeted Expenses**

| | |
|---|---:|
| Computer Consulting, Software & Licensing | $65,052 |
| Depreciation | $44,824 |
| Habitat Restoration Fund | $59,725 |
| Hearing Officer | $12,000 |
| Payroll Taxes | $40,111 |
| Professional, Legal & Audit Fees | $60,100 |
| Rent, Telephone, Supplies & Overhead | $108,135 |
| RiverWare Modeling & Technical Consulting | $300,000 |
| Stream Gaging & Telemetry Data Retrieval | $72,760 |
| Travel & Conference | $11,000 |
| TROA Administration Staff & Benefits | $700,657 |
| **Total Budgeted Operating Expenses** | **$1,474,364** |
| **Budgeted Net Income (Loss)** | **-$49,364** |
| Item Not Affecting Working Capital (Depreciation) | 44,824 |
| **Total Budgeted Working Capital Provided** | **-$4,540** |
| Working Capital Applied To Budgeted Equipment Acquisitions | -20,000 |
| **Budgeted Increase (Decrease) in Working Capital** | **-$24,540** |

# EXHIBIT B

# EXHIBIT B

<div style="text-align:center">

## Exhibit "B"

**In Equity 3:73-cv-0003-MDD**
U.S. District Court - Chad J Blanchard, TROA Administrator
Truckee River Operating Agreement Administration

## Tentative Budget
### Statements of Revenues, Expenses and Retained Earnings
### Fiscal Year ending September 30, 2023

</div>

**Budgeted Revenues**

| | |
|---|---:|
| Administrative Fees - United States | $600,000 |
| Administrative Fees - State of Nevada | $600,000 |
| Administrative Fees - State of California | $300,000 |
| **Total Budgeted Revenue** | **$1,500,000** |

**Budgeted Expenses**

| | |
|---|---:|
| Computer Consulting, Software & Licensing | $69,606 |
| Depreciation | $47,962 |
| Habitat Restoration Fund | $63,906 |
| Hearing Officer | $12,840 |
| Payroll Taxes | $42,918 |
| Professional, Legal & Audit Fees | $64,307 |
| Rent, Supplies & Overhead | $115,705 |
| RiverWare Modeling & Technical Consulting | $321,000 |
| Stream Gaging & Telemetry Data Retrieval | $77,853 |
| Travel & Conference | $11,770 |
| TROA Administration Staff & Benefits | $749,703 |
| **Total Budgeted Operating Expenses** | **$1,577,570** |
| **Budgeted Net Income (Loss)** | **-$77,570** |
| Item Not Affecting Working Capital (Depreciation) | $47,962 |
| **Total Budgeted Working Capital Provided** | **-$29,608** |
| Working Capital Applied To Budgeted Equipment Acquisitions | -$22,000 |
| **Budgeted Increase (Decrease) in Working Capital** | -$51,608 |

# EXHIBIT C

# EXHIBIT C

# Exhibit "C"

**In Equity 3:73-cv-0003-MDD**
U.S. District Court - Chad J Blanchard, TROA Administrator
Truckee River Operating Agreement Administration

## Tentative Budget
### Statements of Revenues, Expenses and Retained Earnings
### Fiscal Year ending September 30, 2024

**Budgeted Revenues**

| | |
|---|---:|
| Administrative Fees - United States | $640,000 |
| Administrative Fees - State of Nevada | $640,000 |
| Administrative Fees - State of California | $320,000 |
| **Total Budgeted Revenue** | **$1,600,000** |

**Budgeted Expenses**

| | |
|---|---:|
| Computer Consulting, Software & Licensing | $73,086 |
| Depreciation | $50,360 |
| Habitat Restoration Fund | $67,101 |
| Hearing Officer | $13,482 |
| Payroll Taxes | $45,064 |
| Professional, Legal & Audit Fees | $67,522 |
| Rent, Supplies & Overhead | $121,490 |
| RiverWare Modeling & Technical Consulting | $337,050 |
| Stream Gaging & Telemetry Data Retrieval | $81,746 |
| Travel & Conference | $12,359 |
| TROA Administration Staff & Benefits | $787,188 |
| **Total Budgeted Operating Expenses** | **$1,656,448** |
| **Budgeted Net Income (Loss)** | **-$56,448** |
| Item Not Affecting Working Capital (Depreciation) | $50,360 |
| **Total Budgeted Working Capital Provided** | **-$6,088** |
| Working Capital Applied To Budgeted Equipment Acquisitions | -$24,200 |
| **Budgeted Increase (Decrease) in Working Capital** | -$30,288 |

# EXHIBIT D

# EXHIBIT D


Exhibit "D"

**In Equity 3:73-cv-0003-MDD**
U.S. District Court - Chad J Blanchard, TROA Administrator
Truckee River Operating Agreement Administration

**Proposed Budget**
**Administrator Statement of Annual Fees and Expenses**
**Fiscal Year ending September 30, 2022**
**BOCA DAM AND RESERVOIR ACCOUNT**

| | |
|---|---|
| **Boca Dam and Reservoir Annual Fees** | |
| United States of America | $37,751.51 |
| State of Nevada | $33,176.62 |
| State of California | $12,013.42 |
| | $82,941.55 |
| **Total Annual Fees** | |
| **Budgeted Operating Expenses** | |
| Transfer to | |
| Washoe County Water Conservation District | $82,941.55 |
| **Total Budgeted Operating Expenses** | $82,941.55 |
| **Budgeted Net Income (Loss)** | **$0.00** |