John K. Gallagher, Esq.
Nevada State Bar No. 956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
GUILD, GALLAGHER & FULLER, LTD.
100 West Liberty Street, Suite 800
P.O. Box 2838
Reno, Nevada 89505
Telephone: (775) 786-2366
Fax: (775) 322-9105
*jgallagher@ggfltd.com*
*pgallagher@ggfltd.com*

*Attorneys for Chad Blanchard, Water Master*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ORR WATER DITCH COMPANY, et al.,<br><br>Defendant. | Case No. 3:73-CV-0003-MMD<br><br>**ORDER APPROVING STIPULATION FOR ADDITIONAL FUNDING FOR "STUDIES AND SERVICES" AND FOR "TRUCKEE DEVIATION AND WATER CONTROL MANUAL SUPPORT" RELATED TO TRUCKEE RIVER OPERATING AGREEMENT** |

The Court, having received the Stipulation for Additional Funding for "Studies and Services" and for "Truckee Deviation and Water Control Manual Support" related to Truckee River Operating Agreement ("TROA") made and entered into by Chad Blanchard, United States Federal Water Master ("Water Master") and the Area Manager of the United States Bureau of Reclamation, United States Department of the Interior ("Bureau") for the purposes of providing additional funding from the Bureau to the Water Master for "Studies and Services" and for "Truckee Deviation and Water Control Manual Support" requested by the Bureau related to TROA, and being fully advised in the premises does hereby enter the following Order:

// // //

// // //

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

The Bureau shall pay to the Water Master the additional sum of THREE HUNDRED THOUSAND DOLLARS ($300,000.00) for "Studies and Services" and TWO HUNDRED ELEVEN THOUSAND EIGHT HUNDRED EIGHTY-FIVE DOLLAR ($211,885.00) for "Truckee Deviation and Water Control Manual Support" to be deposited with funds already held by the Water Master, which funds are to be used by the Water Master for additional "Studies and Services" and for "Truckee Deviation and Water Control Manual Support" requested by the Bureau and related to TROA for the time period October 1, 2024 until exhausted.

DATED this 5th day of August 2024.

_____
UNITED STATES DISTRICT JUDGE