```
1  AARON D. FORD
   Attorney General
2  J. GREGORY CLOWARD (Bar No. 15890)
     Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 North Carson Street
   Carson City, Nevada 89701-4717
5  T: (775) 684-1264
   E: jcloward@ag.nv.gov
6  Attorney for Defendants,
     State of Nevada and Nevada State Engineer
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:73-cv-00003-MMD |
| --- | --- |
| Plaintiff, | (In Equity A-3-LDG) |
| vs. | **ORDER GRANTING MOTION FOR SUBSTITUTION OF ATTORNEY FOR NEVADA STATE ENGINEER** |
| ORR WATER DITCH CO., *et al.*, | |
| Defendants. | |
| Re: Nevada State Engineer Ruling No. 6327. | |

The State of Nevada, by and through counsel, AARON D. FORD, Attorney General of the State of Nevada, hereby notifies the Court and respective parties to this action that Senior Deputy Attorney General J. GREGORY CLOWARD has assumed responsibility for representing the interests of the Nevada State Engineer, Department of Conservation and Natural Resources, Division of Water Resources (hereafter "Nevada State Engineer"), in the above-entitled action.

Senior Deputy Attorney General James N. Bolotin has left the office of the Attorney General and is no longer responsible for the handling of this case and should be removed from this Court's docket as counsel of record and removed from electronic notices for this case.

///

Due to this change, it is further requested that all future pleadings be served upon and any contact by court personnel or parties to the above-entitled action be directed to Senior Deputy Attorney General J. GREGORY CLOWARD.

DATED this 7th day of January, 2026.

> AARON D. FORD
> Attorney General
>
> By:     */s/ J. Gregory Cloward*
>           J. GREGORY CLOWARD
>           Senior Deputy Attorney General

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 7th day of January, 2026, I served a true and correct copy of the foregoing **MOTION FOR SUBSTITUTION OF ATTORNEY FOR NEVADA STATE ENGINEER**, by electronic service to the participants in this case who are registered with the U.S. District Court's CM/ECF electronic service to this matter:

> */s/ Aaron D. Van Sickle*

IT IS SO ORDERED

DATED this 8th day of January, 2026.

                       Miranda M. Du, United States District Judge